# EXHIBIT C



ROBERT HART  
401 North Michigan Avenue  
Suite 1200-1  
Chicago, IL 606011  
(312) 834-7701  
robert@apogeelawgroup.com  

Licensed in Illinois, Texas, District of Columbia,  
Oklahoma, U.S. Patent & Trademark  
and the Canadian Patent Office  

**Via E-Mail**  
April 14, 2016  

Ms. Holly Li  
Level 8, Two Exchange Square  
8 Connaught Place  
Central  
Hong Kong SAR  

Re:   Offer Letter to Join Apogee Law Group P.C.  

Dear Holly,

We are excited about the prospect of your joining Apogee Law Group P.C. (the "Firm") and working with me and others to grow and strengthen our team. Therefore, we are pleased to extend this offer to join the Firm as a non-equity partner with the title of "Partner." While this offer is for a non-equity partner position, we will consider inviting you to become an equity partner in the future as we get to know you and your practice and you get to know us as a Firm. The purpose of this letter is to summarize various procedural and financial matters relating to your joining the firm. Please note, your offer to join the Firm is <u>not</u> an offer of employment as an employee, but as a contract 1099 attorney.

Typically, the percentage split for attorneys within the Firm ranges from 45% to 55% for fees and 0% to 15% for origination. For seasoned attorneys, the rough split between the attorney and the Firm is 65%/35%. For work that you originate and work on yourself, sixty-five (65%) goes to the attorney based on funds collected and thirty-five (35%) is retained by the Firm. The sixty-five (65%) percent further represents fifty (50%) percent of the fees (excludes costs such as filing fees, foreign associates and other disbursements) that are collected and passed on to other parties.

Our Firm's origination split is based on the assumption that your current book of business is greater than $200,000 per calendar year. Our Firm's origination is five (5%) percent for origination billings between $0 and $100,000; ten (10%) percent for origination billings between $100,001 and $200,000 and fifteen (15%) for origination billings greater than $200,001 per calendar year. For the calculation of origination, the amount used to determine the origination

Ms. Holly Li
April 19, 2016
Page 2 of 6



percentage is based on fees earned by Apogee and specifically excludes (1) government filing fees; (2) foreign associate costs; (3) disbursement costs in litigation (e.g. court reporter fees, filing fees, investigator fees, expert fees and any other cost disbursement paid by the Firm to third parties. Any case on contingency fee is not counted for origination purposes until payment of funds are received by the Firm. Thus, contingency fee cases are not included in the origination calculation until the case is resolved and funds are actually received by the Firm and are only allocated for the calendar year in which the funds are actually received. The Firm shall not engage in retroactive origination allocations thus forcing the attorney to repay a higher origination percentage nor shall the attorney demand a higher origination be applied retroactively once the calendar year has ended. The Firm retains the right to increase or lower the origination percentage based on the individual collections of each attorney.

Your compensation will also be based on a percentage of your collections (excludes costs such as filing fees and other disbursements). Because the Firm will not be paying for your office lease, the Firm is offering you a 70%/30% split with seventy (70%) percent going to you and thirty (30%) percent retained by the Firm. The seventy (70%) represents fifty-five (55%) percent of the fees (excludes costs such as filing fees and other disbursements) that are collected for your clients plus fifteen (15%) origination (excludes costs such as filing fees, foreign associates and other disbursements) pursuant to this Offer Letter. Once again, the Firm retains the right to increase or lower the origination percentage based on the collections of each attorney and evaluates each attorney's collections every January.

For work that you perform on behalf of other attorneys where the other attorney and not you are the originating attorney, you will receive fifty (50%) of the collections for that work.

For example, let's assume the following:

    Billing Amounts: 55% of all collections where you are the attorney performing the work

    Origination: 5-15% of all billings ($0-$100,000 billings is 5% origination; $100,001 - $200,000 is 10% origination; and anyone with more than $200,001 in billings gets 15% origination)

**Example 1:**

Attorney #1 does all the work on a hypothetical matter for one of their clients and the attorney has more than $200,000 in origination:

Amount collected: $1000

Attorney #1 gets 55%: $550

Attorney #1 gets origination of 15% origination: $150

Attorney #1 Total: $700

Firm (gets 30%): $300



**Example 2:**

Attorney #1 does all the ½ the work on a hypothetical matter for one of their clients and attorney #2 performs the other half of the work. Attorney #1 has more than $200,000 in origination:

Amount collected: $1000

Attorney #1 gets 55% of the $500 they billed and collected: $275

Attorney #2 gets 50% of the $500 they billed and was collected: $250

Attorney #1 gets origination of 15% origination on the full $1,000 collected: $150

Attorney #1 Total: $425

Attorney #2 Total: $250

Firm (gets 30%/35%): $325

**Example 3:**

Attorney #1 does none of the work on a hypothetical matter for one of their clients and attorney #1 has more than $200,000 in origination:

Amount collected: $1000

Attorney #1 gets 55% of the $0 they billed and collected since they did not do any work on the matter: $0

Attorney #2 gets 50% of the $1000 they billed and was collected since they did all the work: $500

Attorney #1 gets origination of 15% origination on the full $1,000 collected: $150

Attorney #1 Total: $150

Attorney #2 Total $500

Firm (gets 35%): $350

**Example 4:**

Attorney #1 does all the work on a hypothetical matter for the clients of attorney #2 and attorney #2 has more than $200,000 in origination:

Amount collected: $1000

Ms. Holly Li
April 19, 2016
Page 4 of 6



Attorney #1 gets 50% of the $1,000.00 they billed and collected since they did not do any work on the matter: $500

Attorney #2 gets 50% of the $0 they billed and was collected since they did all the work: $0

Attorney #2 gets origination of 15% origination on the full $1,000 collected: $150

Attorney #1 Total: $500

Attorney #2 Total $150

Firm (gets 35%): $350

We allow the originating attorney to set their client's billing rate. We do set a floor of $300 per hour USD, but empower the originating attorneys to set the appropriate hourly rate. This empowerment also includes establishing discounts to the hourly rate as needed for marketing. However, if you have other attorneys doing work for a particular client we want you to work with them if you write off any of their time as such a write off will affect their compensation. Thus, we do not want you to write off a full week or two of an attorney's time without first speaking with the attorney who did the work as well as Firm management regarding why you think the time should be written off. This does not mean that the Firm's management seeks to micromanage an originating attorney's write offs, but we do expect the Firm's originating attorneys to be fair with the attorneys who are performing the work for the client.

The Firm will pay for malpractice insurance and some marketing support. Tomorrow I am meeting with our firm's graphic designer regarding the Firm brochure and shortly we will begin work on a redesign of our Firm's website. We will also assist with creating a Firm brochure that is tailored for your Chinese clients. We will need your assistance and any support that is hired to translate the brochure according to your marketing needs.

We are also providing some support staffing for you in Hong Kong and also in Southern California. Based on the table you presented, the Firm will pay for four (4) twenty hour blocks of time in a calendar year with the goal of the Firm paying for one (1) twenty hour block per calendar quarter. If your billing and resulting collections allow us to provide additional support services we can address your staffing needs relative to your collections.

|  | 10 Hours (60 Blocks) | 15 Hours (90 Blocks) | 20 Hours (120 Blocks) |
| --- | --- | --- | --- |
| Original Price | HKD 3000 | HKD 4500 | HKD 6000 |
| Discounted Price | HKD 2700 | HKD 3800 | HKD 4800 |
| Price Per Block After Discount | HKD 45.00 per Block (10%) off | HKD 42.22 per Block (15%) off | HKD 40.00 per Block (20%) off |

Ms. Holly Li
April 19, 2016
Page 5 of 6



The costs of the support in Hong Kong may change due to market conditions. If the staffing costs vary more than twenty (20%) percent from the amounts listed in the table above, the Firm shall have the option to explore other staffing options.

The Southern California support will comprise docketing support for any patent and/or trademark work the Firm handles on behalf of your clients. Our firm's support staff is also available to support your work as well.

Issues related to IP Advantages shall be resolved in the coming weeks.

This offer letter and agreement shall be governed by and construed in accordance with the substantive laws of the State of California, excluding its conflict of law principles. Should a dispute arise, both the Firm and you submit to personal and subject matter jurisdiction in Orange County, California, and waive any and all objections as to venue.

Any and all disputes, claims or controversies arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, California before one (1) arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on a JAMS award may be entered in any court having jurisdiction.

Either party may separate upon thirty (30) days' notice to the other party.

Any clients brought into the Firm or developed by you during your work with the Firm have the freedom to choose to stay with the Firm or transfer their files to your new firm should you decide to terminate your work with the Firm.

The Firm is qualified as a professional corporation in the States of California and Illinois. We have not made any filings for the State of New York. We have a call with our Firm's tax accountant on April 25, 2016 to discuss the impact of having a New York address for you. In the alternative, we may list you working out of the Chicago, IL office and we will investigate whether you can waive into Illinois assuming that having you listed with a New York office subjects the Firm to an adverse tax impact.

Each attorney of the Firm is required to certify under penalty of perjury that, to the best of their knowledge and belief, (1) the attorney is a member of the bar of each jurisdiction in which the attorney practices U.S. law and claims to be licensed in; (2) the attorney has committed no acts that would violate the standard of professional conduct applicable to attorneys licensed by the Supreme Courts of California or Illinois. By signing this Agreement you hereby certify under penalty of perjury that to the best of your knowledge and belief, as of the date you are signing this Agreement that you are in full compliance with this paragraph. You further agree to promptly notify the Firm of either certification in this paragraph becomes incorrect at any time in the future.

Ms. Holly Li
April 19, 2016
Page 6 of 6



This Agreement shall not be amended unless amended in writing between an authorized officer of the Firm and you.

Best regards,

_____
Robert Hart
Vice President and Partner

AGREED AND ACCEPTED,

_____
Holly Li
Date: 22 April 2016