AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> HOLLY YING LI, an individual <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  8:24-cv-02368-ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Holly Ying Li
Intelink Group Law, P.C
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Tauger
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92618
(949) 438-3218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  December 16, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:24-cv-02368-ADS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   HOLLY YING LI

was received by me on *(date)*   01/2602025            .

❒ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Home address unknown, substitute served at place of business via "Summer", receptionist

01/27/2025
At 2:49pm

Note: Virtual Office
Intelink Group Law, P.C.
23 Corporate Plaza, Suite 150
Newport Beach, CA  92660

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date:  01/27/2025

*Karen Ruby*

_____
*Server's signature*

KAREN RUBY, REGISTERED PROCESS SERVER

_____
*Printed name and title*

4001 Inglewood Ave., Bldg. 101, #221
Redondo Beach, CA 90278
310-874-3294
Los Angeles County, #6546

_____
*Server's address*

Additional information regarding attempted service, etc:

I then mailed a copy of the documents from Redondo Beach, CA to the same address addressed to:
Holly Ying Li
ntelink Group Law, P.C.
23 Corporate Plaza, Suite 150
Newport Beach, CA  92660