## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In the United States District Court for the Central District of California

### Southern Division

**Apogee Law Group P.C., a California corporation**

Plaintiff(s),

VS.

**Holly Ying Li, an individual**

Defendant(s).

Attorney: Paul Tauger

AddyHart, P.C.
401 North Michigan Ave., #1200-1
Chicago IL 60611

*329270*

**Case Number: 8:24-cv-02368-ADS**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Holly Ying Li on 01/15/2025 at 10:58 AM at 333 East 46th Street, Apt 17E, New York, NY 10017**

The undersigned, swear and affirm that on **January 16, 2025 at 11:45 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Holly Ying Li** the **Summons in a Civil Action; Civil Cover Sheet; Petition and Motion to Confirm Arbitration Award and Enter Final Judgment; Declaration of Paul N. Tauger in Support of Application for Confirmation of Arbitration Award; Certification and Notice of Interested Parties; Order No. 4 Granting Motion to Dismiss; Attachments; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/16/2025-11:45 AM | 333 East 46th Street, Apt 17E New York, NY 10017 | Upon reaching the service address, the door attendant informed me that the subject no longer resides at the location and had moved out prior to the COVID-19 pandemic. - Attempted by Bobby W. Russell |

**Bobby W. Russell**
Process Server
2030308-DCA

Internal Job ID:329270

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**