## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In the United States District Court for the Central District of California

### Southern Division

**Apogee Law Group P.C., a California corporation**

        Plaintiff(s),

VS.

**Holly Ying Li, an individual**

        Defendant(s).

Attorney: Paul Tauger

AddyHart, P.C.
401 North Michigan Ave., #1200-1
Chicago IL 60611


\*329727\*

**Case Number: 8:24-cv-02368-ADS**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Holly Ying Li on 01/23/2025 at 6:35 PM at Intelink Law Group, PC, 142 W. 57th St., 11th Fl., New York, NY 10019**

The undersigned, swear and affirm that on **January 29, 2025 at 3:30 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Holly Ying Li** the **Summons in a Civil Action; Civil Cover Sheet; Petition and Motion to Confirm Arbitration Award and Enter Final Judgment; Declaration of Paul N. Tauger in Support of Application for Confirmation of Arbitration Award; Certification and Notice of Interested Parties; Order No. 4 Granting Motion to Dismiss; Attachments; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 01/24/2025-2:02 PM | Intelink Law Group, PC, 142 W. 57th St., 11th Fl. New York, NY 10019 | I arrived at the service address, and security called the 11th floor multiple times but did not receive an answer. No further action was possible at this time. - Attempted by Raed Ibrahim |
| 01/28/2025-3:06 PM | Intelink Law Group, PC, 142 W. 57th St., 11th Fl. New York, NY 10019 | I arrived at the service address, and security called the 11th floor. They stated that the subject is not in. No further action was taken at this time. - Attempted by Raed Ibrahim |
| 01/29/2025-3:30 PM | Intelink Law Group, PC, 142 W. 57th St., 11th Fl. New York, NY 10019 | Upon reaching the service address, a security guard, different from the one present during the previous attempt, did not permit entry to the building, but called up to the receptionist at WeWork. The receptionist stated that this is a shared office space and that the subject no longer works at this address. - Attempted by Raed Ibrahim |

**Raed Ibrahim**
Process Server

Internal Job ID:329727

**Same Day Process Service, Inc.**

1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

