Paul Tauger, Esq. (SBN 182876)
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Counterclaimant
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| HOLLY YING LI, an individual,<br><br>Claimant,<br><br>v.<br><br>APOGEE LAW GROUP P.C., a California corporation; FRANCISCO RUBIO-CAMPOS a/k/a FRANK RUBIO, an individual; GREGORY GULLIVER, an individual; ROBERT HART, an individual and DOES 1-100, inclusive,<br><br>Respondent.<br><br>_____<br><br>APOGEE LAW GROUP P.C., a California corporation,<br><br>Counter Claimant,<br><br>v.<br><br>HOLLY YING LI, an individual.<br><br>Counter Respondent. | **CASE NO: 8:24-cv-02368-JVS-KES**<br><br>**JAMS ARBITRATION NO: 1200058273**<br><br>**DECLARATION OF PAUL N. TAUGER IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |

I, Paul N. Tauger, declare as follows:

1. I am an attorney, licensed and admitted to practice before all of the United States District Courts and State Courts of the State of California. I am the attorney of record for Applicant Apogee Law Group P.C. I have personal knowledge of the facts averred herein and, if called upon, could and would testify to the truth thereof.
2. Counter Respondent HOLLY YING LEE was served pursuant to Fed. R. Civ. P. 4 (e)(1) under Cal. Civ. Proc. Code §§ 415.20 (a) and (b) on January 27, 2025, as evidenced by the proof of service filed with the Court, a true and correct copy of which is attached as Exhibit A.
3. Pursuant to Fed. R. Civ. P. 12, Counter Claimant HOLLY LING YEE was required to plead or otherwise respond to the Application for Confirmation of Arbitration Award by February 18, 2025. The time to plead or otherwise respond has not been extended by any agreement of the parties or any order of the Court.
4. Counter Respondent HOLLY YING LEE has failed to serve or file a pleading, or otherwise respond to Counter Claimant's Application. The applicable time limit for response has expired.

I swear under penalty of perjury pursuant to the laws of the State of California and of the United States that foregoing is true and correct. Executed this 20th day of March, 2025, at Newport Beach, California.

_____
Paul N. Tauger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

APOGEE LAW GROUP P.C., a California corporation

*Plaintiff(s)*

v.

HOLLY YING LI, an individual

*Defendant(s)*

Civil Action No. 8:24-cv-02368-ADS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Holly Ying Li
Intelink Group Law, P.C
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Tauger
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92618
(949) 438-3218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: December 16, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-02368-ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    HOLLY YING LI

was received by me on *(date)*    01/2602025    .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Home address unknown, substitute served at place of business via "Summer", receptionist
Note: Virtual Office
01/27/2025
At 2:49pm
Intelink Group Law, P.C.
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/27/2025

*Karen Ruby*

Server's signature

KAREN RUBY, REGISTERED PROCESS SERVER

*Printed name and title*

4001 Inglewood Ave., Bldg. 101, #221
Redondo Beach, CA 90278
310-874-3294
Los Angeles County, #6546

*Server's address*

Additional information regarding attempted service, etc:

I then mailed a copy of the documents from Redondo Beach, CA to the same address addressed to:
Holly Ying Li
ntelink Group Law, P.C.
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660