Paul Tauger, Esq. (SBN 182876)
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Counterclaimant
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation; FRANCISCO RUBIO-CAMPOS a/k/a FRANK RUBIO, an individual; GREGORY GULLIVER, an individual; ROBERT HART, an individual and DOES 1-100, inclusive,<br><br>Petitioner,<br>v.<br>HOLLY YING LI, an individual.<br><br>Respondent. | **CASE NO: 8:24-cv-02368-JVS-KES**<br><br>**JAMS ARBITRATION NO: 1200058273**<br><br>**NOTICE OF DEFAULT AND APPLICATION AND MOTION FOR JUDGMENT AGAINST HOLLY YING LI**<br><br>**Before the Honorable James V. Selna**<br><br>**Date: May 5, 2025**<br>**Time: 1:30 pm**<br>**Courtroom: 10C** |

1
APPLICATION FOR ENTRY OF DEFAULT AGAINST HOLLY YING LI

**TO THE COURT, DEFENAND AND HER ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT on May 5, 2025, at 1:30 pm, or as soon thereafter as this matter be heard by the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA 92701, in Courtroom 10C, Plaintiff/Counter Claimant APOGEE LAW GROUP P.C. will presents is application for a judgment on default against Defendant/Counter Respondent HOLLY YING LI.

Grounds for this Application and Motion are as follows:

1. Defendant/Counter Respondent HOLLY YING LI is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil relief Act of 1940.  (Declaration of Paul N. Tauger (hereafter, the "Tauger Decl."), ¶¶ 5 and 6
2. Notice of this Application has been served as required by Fed. R. Civ. P. 55(b)(2).
3. Pursuant to Local Rule 5-3.2, service was complete upon filing with CM/ECF.
4. On October 31, 2023, a JAMS arbitration award (the "Final Award") of $99,996.26 plus accruing ten (10%) percent interest in favor of Apogee Law Group P.C. ("Apogee" or "Plaintiff"), and against Holly Ying Li ("Holly Li" or Defendant) in the amount of $114,708.04 as of April 20, 2025.
5. The above-named Defendant/Counter Respondent has failed to plead or otherwise respond to the complaint.  (Tauger Decl., ¶ 4).

This Application is based on this Notice, the attached Declaration of Paul N. Tauger, the pleadings and other files in this matter, and such oral argument as the Court, in its discretion, may elect to entertain.

Respectfully submitted,

Date: April 20, 2025

_____
Paul N. Tauger
ADDYHART P.C.
5151 California Street
Irvine, CA 92617
Attorney for Counter Claimant
APOGEE LAW GROUP P.C.

## Declaration of Paul N. Tauger

I, Paul N. Tauger, declare as follows:

1. I am an attorney, licensed to practice before all of the state and federal court of the State of California, and am counsel of record for Plaintiff and Counter Claimant APOGEE LAW GROUP P.C. in this matter. I have personal knowledge of the facts averred to herein, except for those testified to on information belief and, as to those, believe in the truth thereof, and could and would thereby testify if called upon to do so.

2. On October 31, 2023, a JAMS arbitration award (the "Final Award") of $99,996.26 plus accruing ten (10%) percent interest in favor of Apogee Law Group P.C. ("Apogee" or "Plaintiff"), and against Holly Ying Li ("Holly Li" or Defendant) in the amount of $114,708.04 as of April 20, 2025. A true and correct copy of the Final Award is attached as Exhibit A to the original Declaration of Paul N. Tauger accompanying the original complaint filed with this Court and incorporated by reference herein (hereafter, the "First Tauger Decl."). On November 14, 2023, JAMS arbitrator, the Honorable Hiro N. Aragaki (Ret.) ("Arbitrator Aragaki"), issued ORDER 19 reaffirming the Final Award. A true and correct copy of ORDER 19 is attached as Exhibit B to the Original Tauger Decl.

3. On October 30, 2024, Plaintiff filed the instant application and on January 30, 2025, Defendant was served with the summons, application and requisite collateral documents.

4. Defendant failed to serve, file or otherwise respond to the summons and application in any way. The applicable time limit for such response has long expired.

5. Defendant County of Los Angeles is not a minor or an incompetent person.

6. Defendant County of Los Angeles is not currently in military service, and therefore the Servicemembers Civil Relief Act does not apply

7. Accordingly, Plaintiff filed a Request for Entry of Default (Clerk) on March 30, 2025.  The Clerk entered default against Defendant on March 31, 2025.
8. Plaintiff therefore respectfully requests that this Court enter Judgment against Defendant and grant its application to confirm the Arbitration Award against her.

I swear under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.  Executed this 20th day of April, 2025, at Newport Beach California.

_____
Paul N. Tauger