Paul N. Tauger (SBN 160552)
AddyHart PC
5151 California Street, Suite 100
Irvine, CA 92617
949-438-3218

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| APOGEE LAW GROUP P.C., a California corporation, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:24-cv-02368-JVS-KES |
| v. | |
| HOLLY YING LI, an individual | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Counsel for defendant has provided a fraudulent and false address for their firm to the Court making personal service impossible. By filing with CM/ECF, service will be effective pursuant to FRCP (b)(2)(E).

May 10, 2025                                         Paul N. Tauger
Date                                                 Attorney Name
                                                     Apogee Law Group P.C.
                                                     Party Represented

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING