Paul N. Tauger (SBN 160552)
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Plaintiff/Petitioner
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation, <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> HOLLY YING LI, an individual. <br><br> Defendant/Respondent. | **CASE NO: 8:24-cv-02368-JVS-KES** <br><br> **JAMS ARBITRATION NO: 1200058273** <br><br> **NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER** <br><br> **Before the Honorable James V. Selna** <br><br> **Date: May 5, 2025** <br> **Time: 1:30 pm** <br> **Courtroom: 10C** |

Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
ADDYHART P.C.
5151 California, Suite 100
Irvine, CA 92618
(949) 438-3218
ptauger@addyhart.com

Robert P. Hart *(pro hac vice)*
ADDYHART P.C.
401 N. Michigan Avenue, Suite 1200-1
Chicago, IL  60611
949.337.0568
robert@addyhart.com

**Attorneys for Petitioner**
**Apogee Law Group P.C.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation, | Case No.: 8:24-cv-02368-JVS-KES |
| Petitioner, | **NOTICE OF DEPOSITION OF RESPONDENT HOLLY YING LI** |
| v. | Date: May 15, 2025 |
| HOLLY YING LI, an individual. | Time: 10:00 am |
| Respondent. | Place: via video |

        PLEASE BE ON NOTICE THAT, pursuant to Fed. R. Civ. P. 30, Apogee Law Group P.C. shall take the deposition upon oral examination of Holly Ying Li on May 15, 2025, at 10:00 a.m. PDT via video.  Remote video services shall be

provided by Huseby, who will provide Holly Ying Li and her counsel with remote connection instructions prior to the noticed date.

PLEASE TAKE FURTHER NOTICE that deponent is required to notify defense counsel not later than five (5) days prior to the deposition date of the need for an interpreter to translate the deposition questions and answers, and specific language and/or dialect for which the interpreter is required.

The deposition shall be taken before a court reporter competent to administer oaths in the State of California, and shall be recorded stenographically, by video, and by real-time computer transcription.

May 8, 2025                        **ADDYHART P.C.**

                                   /s/ Paul Tauger
                                   Paul Tauger
                                   ADDYHART P.C.
                                   5151 California, Suite 100
                                   Irvine, CA 92618
                                   (949) 438-3218
                                   ptauger@addyhart.com

                                   Robert Hart *(pro hac vice)*
                                   ADDYHART P.C.
                                   401 North Michigan Avenue
                                   Suite 1200-1
                                   Chicago, IL 60611
                                   (312) 834-7701
                                   robert@addyhart.com

                                   Attorneys for Apogee Law Group, P.C.

NOTICE OF DEPOSITION OF RESPONDENT HOLLY YING LI

## Declaration of Paul N. Tauger

I, Paul N. Tauger, declare as follows:

1. I am an attorney, licensed to practice before all of the state and federal court of the State of California, and am counsel of record for Plaintiff/Petitioner APOGEE LAW GROUP P.C. in this matter.  I have personal knowledge of the facts averred herein, except for those testified to on information belief and, as to those, believe in the truth thereof, and could and would thereby testify if called upon to do so.

2. I have lodged the Notice of Deposition of Holly Ying Li because, as explained, *infra*, it appears that Ms. Li's attorneys have committed a fraud on this Court, as well as the California State Bar and County of Modesto's county recorder's office, by providing a fraudulent and false address for their firm, Aptum Law, thereby making service on Ms. Li nearly impossible.  By lodging the Notice of Deposition, service will be deemed complete when lodged through the Court's CM/ECF system.

3. On Wednesday, May 7, 2025, I emailed Tina Jin, counsel for Holly Ying Li, inquiring, *inter alia*, whether Ms. Li would consent to electronic service pursuant to FRCP 5(2)(E), and whether Ms. Li would be available for a deposition on May 15, 2025.  A true and correct copy of my email to Ms. Jin is attached as Exhibit A hereto.  Ms. Jin and I had previously communicated via email.

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER

4.  When I did not hear back from Ms. Jin, on Thursday, May 8, 2025, I instructed our attorneys' service to personally serve Ms. Jin or Attorney Zheng "Andy" Liu at their office address as listed on the caption page of their pleadings, as confirmed by the listing for Mr. Liu with the California State Bar (a true and correct copy of the California State Bar listing is attached hereto as Exhibit B), Aptum Law's webpage (a true and correct copy of a screen print of the webpage is attached as Exhibit C), and the County of Modesto County Recorder (a true and correct of the Fictitious Name registration for Aptum Law is attached hereto as Exhibit D).

5.  Our process server attempted service at Aptum Law's address, but found the office "locked up." More disturbingly, affixed to the door of Aptum Law's office were two "We missed you." tags from Federal Express, one dated March 4 and the other dated March 6. This fact suggests that no one has entered Aptum Law's office for at least two months. A true and correct copy of photographs taken by our process server are attached hereto as Exhibit E.

6.  Our process server slid the deposition notice under the door to Aptum Law's office. A true and correct copy of the Proof of Service is attached hereto as Exhibit F.

7.  I instructed our process server to try to serve Aptum Law again the next day. However, our process server was unable to effect service at either the address provided to the Court or at on older address discovered by our process server. A true and correct copy of the Non-Estus return is attached hereto as Exhibit F.

3

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF
PAUL N. TAUGER

8. As of the date of this declaration, I have heard nothing from Ms. Jin, Mr. Liu, or anyone else at Aptum Law.

9. As will be briefed in Apogee Law Group's opposition to Ms. Li's pending Motion to Vacate Default, Ms. Li appears to have deliberately evaded service of process in the instant action. Now it appears that her counsel is doing exactly the same thing in an effort to prevent Ms. Li's testimony. Apogee Law Group intends to go forward with Ms. Li's deposition on May 15, 2025, and, should Ms. Li does not appear, will file a Motion to Compel and for Sanctions.

I swear under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 10th day of May, 2025, at Newport Beach California.

Paul N. Tauger

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER

| From: | Paul Tauger |
|---|---|
| To: | Tina Jin |
| Cc: | Sue Tucker |
| Subject: | Apogee Law Group v. Holly Ying Li |
| Date: | Wednesday, May 7, 2025 1:54:00 PM |

Dear Tina:

I hope you are well.

I have three questions for you.  First, will you agree to electronic service pursuant to FRCP 5(2)(E)?

Next, our response to your Motion to Vacate Default is due on May 19th.  We are going to serve a deposition subpoena and subpoena *duces tecum* on Brad Bertoglio but would have insufficient time to include any relevant information disclosed by Mr. Bertoglio in time for our response.  Would you stipulate to extending all relevant dates for your motion?  Absent a stipulation we will have to go in *ex parte* to shorten time to hear our motion to extend time; both motions will be granted given the circumstances, and will just result in additional costs for both of our clients.

Finally, we would like to depose Ms. Li on May 15th (via video, only, as I assume both Ms. Li and you would prefer to avoid a trip to Orange County).  Could you please confirm availability so that I may serve the notice?

Thank you.

Best regards,

Paul



PAUL N. TAUGER
Senior Counsel

Irvine, California
+1 949.438.3218 direct
+1 310.570.6818 mobile
www.addyhart.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, copy, retain or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by e-mail and discard any paper copies of this message.

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**Exhibit B**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF
PAUL N. TAUGER

 The State Bar *of California*

Zheng Liu #279327
**License Status: Active**

Address: Aptum Law, 1660 S Amphlett Blvd, Ste 315, San Mateo, CA 94402-2527
Phone: 650-475-6289 | Fax: Not Available
Email: **Andy.Liu@aptumlaw.us** | Website: Not Available

## More about This Attorney ▾

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's **policy on removal of administrative actions**. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/2/2011 | Admitted to the State Bar of California | | |

Additional Information:
- **About the disciplinary system**

Copyright © 2025 The State Bar of California

  

**Exhibit C**

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER



logo  Boost reach with GoDaddy Digital **Marketing Services**.    Request a Call    impression

650-475-6289

## Aptum Law

WELCOME

# Versatile Lawyers

We have handled thousands of cases

ABOUT US

## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

 Boost reach with GoDaddy Digital **Marketing Services**.           impression

## Andy Liu, Attorney

Andy handles civil litigation, criminal defense, family law, and immigration cases.

**Andy.Liu@aptumlaw.us**

**650-475-6289**

**WeChat - Davislawman**

## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

Boost reach with GoDaddy Digital **Marketing Services**.

Nevada, Tennessee, and Missouri.





Tina Jin, Attorney

## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

Boost reach with GoDaddy Digital **Marketing Services**.

OUR EXPERIENCE

Download PDF ▶

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

Boost reach with GoDaddy Digital **Marketing Services**.

This website uses cookies.

We use cookies to analyze website traffic and
optimize your website experience. By accepting our
use of cookies, your data will be aggregated with all
other user data.

**ACCEPT**



logo Boost reach with GoDaddy Digital **Marketing Services**. impression

(1 of 3) « ‹ 1 2 3 › » 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Liu, Zheng (aty) | 1:2024cv04227 | [redacted] | New York Eastern District Court | 06/14/2024 | |
| Liu, Zheng (aty) | 1:2024cv04522 | [redacted] | New York Southern District Court | 06/12/2024 | |
| Liu, Zheng (aty) | 2:2024po00333 | [redacted] | California Central District Court | 04/09/2024 | 05/09/2024 |
| Liu, Zheng (aty) | 1:2024cv02535 | [redacted] | Illinois Northern District Court | 03/28/2024 | |
| Liu, Zheng (aty) | 3:2024cv01557 | [redacted] | California Northern District Court | 03/13/2024 | |
| Liu, Zheng (aty) | 1:2024cv01713 | [redacted] | Illinois Northern District Court | 02/29/2024 | |
| Liu, Zheng (aty) | 3:2024cv00394 | [redacted] | California Northern District Court | 01/23/2024 | |
| Liu, Zheng (aty) | 5:2024cv00356 | [redacted] | California Northern District Court | 01/22/2024 | |
| Liu, Zheng (aty) | 1:2024cv00436 | [redacted] | Illinois Northern District Court | 01/17/2024 | 06/26/2024 |
| Liu, Zheng (aty) | 1:2024cv00141 | [redacted] | Illinois Northern District Court | 01/05/2024 | 02/13/2024 |
| Liu, Zheng (aty) | 4:2023ap04056 | [redacted] | California Northern Bankruptcy Court | 12/26/2023 | 01/26/2024 |
| Liu, Zheng (aty) | 5:2023cv02580 | [redacted] | California Central District Court | 12/19/2023 | 02/01/2024 |
| Liu, Zheng (pla) | 1:2023cv10951 | [redacted] | New York Southern District Court | 12/18/2023 | |
| Liu, Zheng (aty) | 4:2023cv00805 | [redacted] | Missouri Western District Court | 11/03/2023 | 06/14/2024 |
| Liu, Zheng (aty) | 5:2023bk51290 | [redacted] | California Northern Bankruptcy Court | 11/02/2023 | 04/04/2024 |
| Liu, Zheng (aty) | 1:2023cv07891 | [redacted] | New York Eastern District Court | 10/19/2023 | |
| Liu, Zheng (aty) | 1:2023cv08771 | [redacted] | New York Southern District Court | 10/05/2023 | 10/12/2023 |
| Liu, Zheng (aty) | 4:2023bk41275 | [redacted] | California Northern Bankruptcy Court | 10/02/2023 | |
| Liu, Zheng (aty) | 6:2023cr00188 | [redacted] | Florida Middle District Court | 09/27/2023 | 02/09/2024 |
| Liu, Zheng (aty) | 3:2023cv04662 | [redacted] | California Northern District Court | 09/12/2023 | 01/18/2024 |
| Liu, Zheng Andy (aty) | 6:2023mj02004 | [redacted] | Florida Middle District Court | 09/08/2023 | 09/27/2023 |
| Liu, Zhengmao | 0:2023pricl12897 | [redacted] | U C | | |
| Liu, Zheng (aty) | 1:2023cv06558 | [redacted] | Ill | | |
| Liu, Zhengmao | 0:2023pricl12446 | [redacted] | U C | | |
| Liu, Zheng (aty) | 2:2023cv05858 | [redacted] | C | | |
| Liu, Zheng (aty) | 1:2023cv04587 | [redacted] | Ill | | |
| Liu, Zheng (aty) | 5:2023cv02870 | [redacted] | C | | |
| Liu, Zheng (aty) | 5:2023cv02869 | [redacted] | C | | |
| Liu, Zhengli (cr) | 6:2023bk01662 | [redacted] | S | | |
| Liu, Zheng (aty) | 3:2023cv02303 | [redacted] | C | | |
| Liu, Zheng (aty) | 5:2023cv01894 | [redacted] | C | | |
| Liu, Zheng (aty) | 5:2023cv01843 | [redacted] | C | | |
| Liu, Zheng (aty) | 4:2023bk40110 | [redacted] | C C | | |
| Liu, Zheng (aty) | 2:2023cv00102 | [redacted] | C | | |
| Liu, Zheng (aty) | 3:2022cv07341 | [redacted] | C | | |
| Liu, Zheng (aty) | 0:2022cv62131 | [redacted] | Fl | | |

CONTACT

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

 Boost reach with GoDaddy Digital **Marketing Services**.



**This website uses cookies.**

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

**Office Address:**

1660 S Amphlett Blvd Suite 315

logo  Boost reach with GoDaddy Digital **Marketing Services**.                    impression

# WeChat - Davislawman

## Hours

Open today  09:00 am – 05:00 pm  ▼

**G E T  I N  T O U C H !**

**APTUM LAW**

COPYRIGHT © 2025 APTUM LAW - ALL RIGHTS RESERVED

POWERED BY GODADDY

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**Exhibit D**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER



eFBN
self-service FBN portal

Back to Search

**1 Result(s)**

| File Number | Business Name |
|:---:|:---:|
| M-294319 | APTUM LAW |



eFBN
self-service FBN portal

Back to Search Result

**File Number:**

M-204313

**Images may not be viewed online**

?

**Filed Date:** 5/15/2023

**Business Names**

1 of 1

| | |
|---|---|
| **Name** | APTUM LAW |
| **Address** | 1660 S AMPHELETT BLVD ,SUITE 315 |
| **City** | SAN MATEO |
| **State** | CA |
| **Zip Code** | 94402 |

**Registrants**

1 of 1

| | |
|---|---|
| **Name** | ZHENG LIU |
| **Status** | ACTIVE |

**Documents**

**PROOF OF PUBLICATION**
**FBN STATEMENT**

**Frequently Asked Questions ()**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**Exhibit E**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF
PAUL N. TAUGER



**FedEx** Express

## We missed you.

Recipient  *TINA*    Date  **3/6**

[X] We will make another attempt.
[ ] Must be present for package delivery.
[ ] Final attempt.    [ ] See back of tag.

### Choose an option to get details or make alternate arrangements.



Use the **FedEx app** to scan the barcode, or go to **fedex.com** and track using the door tag number below.

Text the word **follow** and the door tag number below to **48773**.
(Example: **follow DT999999999999**)

Door tag number
DT1070  2850  8494



Questions? Go to **fedex.com/doortag**

---

**FedEx** Express

## We missed you.

Recipient  *JIN*    Date  **3/7**

[X] We will make another attempt.
[ ] Must be present for package delivery.
[ ] Final attempt.    [ ] See back of tag.

### Choose an option to get details or make alternate arrangements.

Use the **FedEx app** to scan the barcode, or go to **fedex.com** and track using the door tag number below.

Text the word **follow** and the door tag number below to **48773**.
(Example: **follow DT999999999999**)

Door tag number
DT1070  2850  8255



1
2
3
4
5
6
7
8
9
10
11
12
13
14
**Exhibit F**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF
PAUL N. TAUGER

| Attorney or Party without Attorney:<br>PAUL TAUGER ESQ., Bar #182876<br>Law Offices Of: ADDYHART P.C.<br>5151 CALIFORNIA<br>SUITE 100<br>IRVINE, CA 92618<br>Telephone No: 770-833-4529 | | For Court Use Only |
|---|---|---|
| Attorney for: Petitioner | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: | | | | |
|---|---|---|---|---|
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Petitioner: APOGEE LAW GROUP P.C., A CALIFORNIA CORPORATION | | | | |
| Respondent: HOLLY YING LI, AN INDVIDUAL | | | | |
| **PROOF OF SERVICE**<br>**NOTICE OF DEPOSITION** | Hearing Date:<br>Thu, May. 15, 2025 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>8;24-cv-02368-JVS-KES |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the NOTICE OF DEPOSITION OF RESPONDENT HOLLY YING LI

| 3. a. *Party served:* | APTUM LAW, ZHENG "ANDY" LIU, ESQ OR TINA JIN, ESQUIRE |
|---|---|
| b. *Person served:* | OFFICE LOCKED UP, NO ONE HERE NOW, SLID UNDER DOOR |

| 4. *Address where the party was served:* | LAW OFFICES OF APTUM LAW<br>1660 SOUTH AMPHLETT BLVD.<br>SUITE 315<br>SAN MATEO, CA 94402 |
|---|---|

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., May. 08, 2025 (2) at: 4:37PM

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRET MAZZOCCO
   **b. GOTCHA LEGAL SERVICES**
   P.O. BOX 6695
   SAN MATEO, CA 94403
   c. 650 577-1860

   d. ***The Fee** for Service was:*    $265.38
   e. I am: (3) registered California process server
       *(i)*   Independent Contractor
       *(ii) Registration No.:*    240
       *(iii) County:*           San Mateo
       *(iv) Expiration Date:*    Sat, Jan. 03, 2026

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date:  Thu, May. 08, 2025*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit G**

NOTICE OF LODGING OF NOTICE OF DEPOSITION OF HOLLY YING LI; DECLARATION OF PAUL N. TAUGER

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAUL TAUGER ESQ., Bar #182876<br>Law Offices Of: ADDYHART P.C.<br>5151 CALIFORNIA<br>SUITE 100<br>IRVINE, CA 92618<br>Telephone No: 770-833-4529 | | |

Ref. No or File No.:

Attorney for: Petitioner

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: APOGEE LAW GROUP P.C., A CALIFORNIA CORPORATION
Respondent: HOLLY YING LI, AN INDIVIDUAL

| NOT FOUND RETURN (NON-ESTUS) | Hearing Date:<br>Thu, May. 15, 2025 | Time:<br>10:00am | Dept/Div: | Case Number:<br>8:24-cv-02368-JVS-KES |
|---|---|---|---|---|

1. I, BRET MAZZOCCO, and any employee or independent contractors retained by GOTCHA LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Respondent APTUM LAW, ZHENG "ANDY" LIU, ESQ. OR TINA JIN, ESQ. as follows:

2. Documents:    NOTICE OF DEPOSITION OF RESPONDENT HOLLY YING LI.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 05/09/25 | 11:18am | Business | BAD ADDRESS, NO LONGER HERE, SPOKE WITH BUILDING MANAGEMENT AND ARE NOT CURRENT TENANTS, CANCELLED SERVICE AT THIS ADDRESS Attempt made by: BRET MAZZOCCO, Registration #240 San Mateo County. Attempt at: 1875 S, GRANT AVENUE SAN MATEO, CA 94403. |
| Fri | 05/09/25 | 11:18am | Business | Returned Not Served on: APTUM LAW, ZHENG "ANDY" LIU, ESQ. OR TINA JIN, ESQ. Business - 1875 S, GRANT AVENUE SAN MATEO, CA 94403 |

3. Person Executing
   a. BRET MAZZOCCO
   b. **GOTCHA LEGAL SERVICES**
      P.O. BOX 6695
      SAN MATEO, CA 94403
   c. 650 577-1860

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was: $263.93
e. I am:  (3) registered California process server
         (i)   Independent Contractor
         (ii)  Registration No.:   240
         (iii) County:            San Mateo
         (iv)  Expiration Date:   Sat, Jan. 03, 2026

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Fri, May. 09, 2025

_____
(BRET MAZZOCCO)

ptauger.93154

**NOT FOUND RETURN (NON-ESTUS)**