UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02368-JVS-KES | Date | January 12, 2026 |
| Title | Apogee Law Group P.C. v. Holly Ying Li | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby **ORDERS** Plaintiff Apogee Law Group P.C. ("Apogee") to Show Cause (OSC) in writing no later than **January 19, 2026**, why this action should not be dismissed for lack of prosecution. The Court previously held that Apogee did not properly serve Defendant Holly Ying Li ("Li"), and it appears Apogee has not attempted to serve Li again. (See Dkt. Nos. 41, 47.)

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m). It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**IT IS SO ORDERED.**