Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
AddyHart LLC
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

*Attorney for Plaintiff/Petitioner*
*Apogee Law Group P.C.*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

|  |  |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>HOLLY YING LI, an individual,<br><br>Defendant/Respondent. | **CASE NO: 8:24-cv-02368-JVS-KES**<br><br>**JAMS ARBITRATION NO: 1200058273**<br><br>**APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL** |

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

### Response to Order to Show Cause

On October 30, 2024, Plaintiff/Petitioner Apogee Law Group P.C. ("Apogee") filed the instant action confirm an arbitration award in the amount of $99,996.26 (plus statutory interest) against Defendant/Respondent Holly Ying Li ("Li"). Since that date, Apogee has been trying, in good faith, to serve Li with the summons and complaint in this matter, including hiring private detectives and several different process servers. As the Court may recall, and as detailed at length in Apogee's Opposition to LI's Motion to Vacate (Doc. 33) at Section III, Li, with the collusion of her counsel and employer, have evaded service of process in an attempt to preclude Apogee from collecting on the judgment.

On July 17, 2025, this Court order Apogee to effect service on Li through the U.S. Marshal's Office, consistent with 9 U.S.C. § 9. Counsel for Apogee has, since that date, attempted to do. However, its efforts to do so have been stymied by a series of circumstances that had delayed their ability to do so. Apogee respectfully requests that the Court take notice that the summons and complaint have been out for service by the U.S. Marshal's Office since January 12. 2026.

The delay in getting the summons and complaint into the hands of the U.S. Marshal's Office reflects a perfect storm of ill-timing resulting from the serious

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

health problems experienced by <u>both</u> of Apogee's counsel, Li, her counsel, and her employer, collusion to hide Li's whereabouts, misinformation from posted information regarding the U.S. Marshal's Office in both Santa Ana and Los Angeles, conflicting and changing scheduling information regarding the Los Angeles Civil Intake window, the forced government shutdown and concomitant closure of the U.S. Marshal's Office in Los Angeles during the longest government shut down in history lasting 43 days.

These circumstances are detailed, under penalty of perjury, in the Declaration of Paul N. Tauger and the Declaration of Robert Hart, filed concurrently herewith incorporated by reference.  Apogee respectfully requests that Court find that these explanations constitute good cause for the delay in effecting service of Li, and that Apogee and its counsel have been as diligent as possible in this regard.

Respectfully submitted,

Date: January 19, 2026

Paul N. Tauger
ADDYHART LLC
5151 California Street, Suite 100
Irvine, California 92617

*Attorneys for Plaintiff/Petitioner*
*Apogee Law Group P.C.*

3

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I filed a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

January 19, 2026

_____

Paul N. Tauger

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL