Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
AddyHart LLC
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Plaintiff/Petitioner
Apogee Law Group P.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>HOLLY YING LI, an individual,<br><br>Defendant/Respondent. | **CASE NO: 8:24-cv-02368-JVS-KES**<br><br>**JAMS ARBITRATION NO: 1200058273**<br><br>**DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL** |

I, Paul N. Tauger, declare as follows:

1.  I am an attorney, licensed and admitted to practice before all of the United States District Courts and State Courts of the State of California. I am the attorney of record for Plaintiff/Respondent Apogee Law Group P.C. I have personal knowledge of the facts averred herein and, if called upon, could and would testify to the truth thereof.

2.  On July 17, 2025, this Court issued an order (Doc. 47) granted Plaintiff/Petitioner Apogee Law Group P.C.'s ("Apogee") Motion for Reconsideration re: service of Defendant/Respondent Holly Li ("Ms. Li"). However, upon reconsideration, this Court held that Ms. Li must be served by a U.S. Marshal.

3.  Since that date, Apogee has done its best to get the summons and complaint in this matter in the hands of the U.S. Marshal's Office for service of process. As detailed, *infra*, both my health, the health of my co-counsel, the protracted government shutdown, and rescheduling of hours at the U.S. Marshal's office, as well as Ms. Li's deliberate evasion of service, conspired to stretch out this process. However, Attorney Robert Hart of my office finally succeeded on January 12, 2026, and the summons and complaint are currently out for service by the U.S. Marshal Service.

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

4. In late spring, 2025, I was diagnosed by my cardiologist with hypertrophic cardiomyopathy.  This disease, which is genetic in nature, limits blood flow from the heart and can cause syncope upon exertion.  In my case, this will occur if I walk any distance, climb stairs, etc.  I have a disability placard to allow parking close to my destinations.

5. I was originally scheduled to have a septal alcohol ablation, an in-patient surgical procedure, in December, 2025.  However, upon further testing, my cardiologist recommended treatment with a new drug.  Accordingly, I canceled my surgery and made an appointment with a cardiologist specializing in, and certified to prescribe, the drug.  The earliest appointment available was March 14, 2026.

6. As discussed, *infra*, my health conditions negatively impacted my efforts to get the summons and complaint to the U.S. Marshal's Office.

7. Because my firm, AddyHart LLC, is a decentralized firm, I do not have on-site staff in California.

8. Also, during this time, my co-counsel Robert Hart was battling his own cardiac problems that required surgery.

9. In late July to early August, 2025, I researched the procedures and prepared the required documents for U.S. Marshal service.  This included a visit to

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

the Marshal's office at the federal building in Santa Ana.[1]  Unfortunately, they keep limited hours and though I arrived well before 5:00 pm, they were closed.

10. I returned a couple of weeks later and was advised that, for service anywhere in the Central District of California, I must go through the Los Angeles U.S. Marshal's office.

11. I looked up the Marshal's office address and found several.  However, one address was 312 N. Spring Street.  This was consistent with my own recollection from having appeared there many times.  On or about late August or early September, I drove up to Los Angeles, parked in the underground lot, climbed two flights of stairs to the street, walked a block uphill and around to the main entrance.  This took some time as I had to stop frequently because of dizziness.  I was informed by the Marshals on duty at the entrance that the building was no longer opened and the Marshal's office had relocated to 350 West First Street.  As I was physically exhausted, at that point I returned home.

///

///

---

[1] I tried calling both the Orange County and Los Angeles Marshal's office a number of times.  The one time I got through, I was given incorrect information.  The other times, my call went to voice mail and was not returned.

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

12. I was out-of-town from September 12, 2025, through September 22, 2025.

13. The week of my return, I drove up to Los Angeles to the Federal Building at 350 West First Street which, again, entailed a steep climb from parking to the entrance.  I went to U.S. Marshal's office only to fine that the civil intake window was closed.

14. On or about October 7, 2025, I again drove up to LA and climbed up to the Marshal's Office at 350 West First Street, only to discover that, due to the federal shutdown, the Marshal's Office was closed for the duration.

15. On December 18, 2025, a Thursday, I returned again only to find out that the civil-intake window was only open on Wednesday mornings.

16. At that point I had a telephone conference with co-counsel Robert Hart and told him that, after five trips to two different Marshal's office, I couldn't continue driving 100 miles round trip and then trekking up the steep hill to the Marshal's Office.  I told Mr. Hart that I would personally pay for a messenger service to pick up the documents and bring them to the Marshal. Mr. Hart replied that he had called the U.S. Marshal's office in El Paso and confirmed they could be filed there.  He would be in Orange County on December 27, 2025, and he would pick the documents up, return to Texas and file them.

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL

I swear under penalty of perjury pursuant to the laws of the State of California and of the United States that foregoing is true and correct.  Executed this 19th day of January, 2026, at Newport Beach, California.


Paul N. Tauger

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF PLAINTIFF/PETITIONER APOGEE LAW GROUP P.C.'S RESPONSE TO OSC RE: DISMISSAL