Paul N. Tauger (SBN 160552)
ptauger@addyhart.com
AddyHart P.C.
5151 California Avenue, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Plaintiff/Petitioner
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>HOLLY YING LI, an individual.<br><br>Defendant/Respondent. | Case No.: 8:24-cv-02368-JVS-KES<br><br>JAMS ARBITRATION NO: 1200058273<br><br>DECLARATION OF ROBERT HART IN SUPPORT OF PLAINTIFF'S RESPONSE TO OSC ORDER<br><br>Before the Honorable JAMES V. SELNA |

**I**, Robert Hart, declare as follows:

1. I am an attorney of record for Apogee Law Group, P.C. in this case and admitted to practice in the states of Oklahoma, Illinois, District of Columbia and Texas. I am an attorney of record for Plaintiff/Respondent Apogee Law Group P.C. I have personal knowledge of the averred facts and, if called upon, could and would testify to their truth.

2. In early June 2025, I was diagnosed with atrial fibrillation. I was immediately placed on medication to control the heart arrhythmias and higher blood pressure.

3. The medications' side effects I was prescribed and had an adverse impact on my work schedule in that I was forced to work substantially fewer hours.

4. On July 17, 2025, this Court ordered Plaintiff to effect service on Defendant via the U.S. Marshals Service.

5. On September 2, 2025, I visited the U.S. Marshals Service located at Albert Armendariz, Sr. United States Courthouse, 525 Magoffin Street, Room 161, El Paso, TX 79901-2577 to better understand what Plaintiff need to do to effect service on Ms. Holly Li in the greater New York area.

6. The U.S. Marshal on duty on September 2, 2025, informed me that I should include a Cashiers Check to cover the costs for investigative hours which

would be charged at $75.00 per hour.

    7.    I informed my co-counsel Mr. Paul Tauger what I was told by the Texas U.S. Marshals Service.

    8.    I also informed Mr. Tauger that I was traveling to Southern California for cardiac surgery on September 11, 2025.  On September 11, 2025, I had cardiac ablation surgery to correct the atrial fibrillation cardiac arrhythmias.

    9.    As I was recovering from my cardiac surgery, Mr. Tauger informed me of his own cardiac problems.

    10.    By the middle of December 2025, I had recovered from my cardiac surgery and was off all of my cardiac medications.  I informed Mr. Tauger that I would restart my investigation into Ms. Holly Li's location to assist the U.S. Marshals Service in finding and serving her with the Summons and related documents in this case.

    11.    In hearing that Mr. Tauger was once again turned away from the U.S. Marshals Service in Los Angeles, I informed Mr. Tauger that I would meet with the U.S. Marshals Service in El Paso, Texas and have them send the documents to the greater New York area.

    12.    By January 9, 2026, I had completed my research and had drafted the attached Memo Exh. A.

13. My research in early January 2026, reconfirmed that Ms. Holly Li's has continued to evade service. During all of 2024 and 2025, Ms. Holly Li had still not updated any of her addresses with the New Jersey attorney bar authorities, New York attorney bar Authorities or the U.S. Patent Office's Office of Enrollment and Discipline.

14. I did learn that, while continuing her work as an attorney for Intelink Law Group, Ms. Holly Li had updated her LinkedIn webpage which now indicated that she also claimed to be CEO and General Counsel of Biovyse, Inc. ("Biovyse"), a start up company located in New York.

15. After substantial online searching, I was unable to find any addresses or location of Biovyse, Inc.'s offices. I can confirm that as of January 12, 2026, contrary to Ms. Holly Li's LinkedIn webpage, I Biovyse was not authorized to conduct business in the State of New York, but upon information and belief Biovyse was incorporated in the State of Delaware as file number 10382944.

16. On January 13, 2026, I hand delivered a package of information to the U.S. Marshals Service located at Albert Armendariz, Sr. United States Courthouse, 525 Magoffin Street, Room 161, El Paso, TX 79901-2577.

17. The delivered package included:

    A. Petition and Motion to Confirm Arbitration Award and Enter Final Judgment;

B.  Summons in a Civil Action;

C.  Certification and Notice of Interested Parties;

D.  Civil Cover Sheet – Apogee Law Group v. Holly Ying Li;

E.  Declaration of Paul N. Tauger in Support of Application for Confirmation of Arbitration Award;

F.  Declaration of Paul N. Tauger in Support of Plaintiff/Petitioner Apogee Law Group P.C.'s Opposition to Defendant/Respondent Holly Ying Li's Motion to Set Aside Default;

G.  U.S. Department of Justice Form USM-285; and

H.  A check in the amount of $1,050.00.

I swear under penalty of perjury pursuant to the laws of the State of California and of the United States that foregoing is true and correct. Executed this 19th day of January, 2025, in El Paso, Texas.

Date: January 19, 2026

_____
Robert Hart

# EXHIBIT A



**R**OBERT **H**ART
(949) 337-0568
robert@addyhart.com

Licensed in IL, TX, DC, OK
U.S. Patent & Trademark

**Via Hand Delivered**
January 13, 2026

## MEMORANDUM

To:   U.S. Marshals Service

From:  Robert Hart

Re:   Apogee Law Group, Inc. v. Holly Ying Li
     U.S. District Court for the Central District of California
     Case No. 8:24-cv-02368-JVS-KES

Apogee Law Group, Inc. ("Apogee") was ordered by U.S. District Court Judge James V. Selna to serve Holly Ying Li ("Ms. Holly Li") with a copy of the Petition to enforce the JAMS Arbitration Award granted to Apogee. Enforcement of the JAMS Arbitration Award is pursuant to 9 U.S.C. §§ 1-9 and specifically the service of process requirements by the U.S. Marshals Service pursuant to 9 U.S.C. § 9 to out of district parties such as Ms. Holly Li.

In the last fifteen (15) months, Apogee has hired private detectives and searched numerous databases seeking Ms. Holly Li without success. Ms. Holly Li is an attorney licensed to practice in the States of New York and New Jersey; thus she is skilled in avoiding service of process. For example, she has failed to update her bar membership records for New York; potentially New Jersey; and the U.S. Patent & Trademark office. We have confirmed that these addresses are old. Thus, we can confirmed she is not at these location.

| **New York Bar** | **New Jersey Bar** | **US Patent & Trademark Office** |
|---|---|---|
| Intelink Law Group<br>142 W 57th Street<br>Floor 11<br>New York, NY 10019 | New York State | 15 East Putnam Ave.<br>No. 3210<br>Greenwich, CT 06830 |

We made several service of process attempts on Ms. Holly Li's address location at 142 W 57th Street location; and was finally able to confirm that she ended her office lease more than a year ago. Also, Intelink Law Group no longer lists this location as an office on its website (www. https://www.intelinklaw.com/contact#locations).

Unfortunately, the New Jersey Bar only lists the State New York as Ms. Holly Li's address. Lastly, the 15 East Putnam Ave, No. 3210, Greenwich, CT location is a UPS Store.

U.S. Marshals Service
January 13, 2026
Page 2 of 2



Ms. Holly Li works at Intelink Law (www.intelinklaw.com) and her profile with picture can be found at (www.intelinklaw.com/holly-li).  We know she works virtually and her lawyer represented that she lives in Brooklyn, NY, but we do not know that to be a fact.  In the past, she has had addresses in New York and Connecticut at:

Also, on Ms. Holly Li's LinkedIn page (www.linkedin.com/in/yinghollyli/) she states that in September 2025, she was named CEO and General Counsel of Biovyse, Inc., a startup company located in New York.  However, the New York Secretary of State's office indicates that this company is not registered with its office to conduct business in the State of New York.

Lastly, we have enclosed a Certified Check in the amount of $1,050.00 to cover the U.S. Marshals Service's expenses investigating Ms. Holly Li's location and five (5) copies of the following document <u>so she can be served with at least one copy of:</u>

1. Petition and Motion to Confirm Arbitration Award and Enter Final Judgment

2. Summons in a Civil Action

3. Certification and Notice of Interested Parties

4. Civil Cover Sheet – Apogee Law Group v. Holly Ying Li

5. Declaration of Paul N. Tauger in Support of Application for Confirmation of Arbitration Award

6. Declaration of Paul N. Tauger in Support of Plaintiff/Petitioner Apogee Law Group P.C.'s Opposition to Defendant/Respondent Holly Ying Li's Motion to Set Aside Default

7. U.S. Department of Justice Form USM-285

Please let us know if you need more money to continue the search for Ms. Holly Li or whether you need any additional information.

Best regards,

*[signature]*

Robert Hart