Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Counterclaimant
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation,<br><br>Plaintiff/Petitioner<br><br>v.<br><br>HOLLY YING LI, an individual.<br><br>Defendant/Respondent | **CASE NO: 8:24-cv-02368-JVS-KES**<br><br>**JAMS ARBITRATION NO: 1200058273**<br><br>**DECLARATION OF PAUL N. TAUGER IN SUPPORT OF APOGEE LAW GROUP P.C.'S APPLICATION FOR EXTENSION OF TIME TO SERVE PURSUANT TO THIS COURT'S ORDER OF JANUARY 22, 2026** |

I, Paul N. Tauger, declare as follows:

1. I am an attorney, licensed and admitted to practice before all of the United States District Courts and State Courts of the State of California. I am the attorney of record for Plaintiff/Respondent Apogee Law Group P.C. I have personal knowledge of the facts averred herein and, if called upon, could and would testify to the truth thereof.

2. On March 8, 2026, I accessed the New York Secretary of State's website and performed a search on the entity name "Biovyse." The website indicated that there was no entity by that name authorized to do business in New York State.

3. On March 8, 2026, I accessed the New York Secretary of State's website and performed a search on the entity name "Intelink." The website indicated that there was no entity by the name Intelink Law Group currently authorized to do business in New York State.

4. On March 8, 2026, I accessed the website of Intelink Law Group, P.C. It continues to claim a New York location and lists Holly Li as of counsel in that office.

///

///

I swear under penalty of perjury pursuant to the laws of the State of California and of the United States that foregoing is true and correct. Executed this 8th day of March, 2026, at Newport Beach, California.

_____
Paul N. Tauger

DECLARATION OF PAUL N. TAUGER IN SUPPORT OF APOGEE LAW GROUP P.C.'S APPLICATION FOR EXTENSION OF TIME TO SERVE PURSUANT TO THIS COURT'S ORDER OF JANUARY 22, 2026