Paul N. Tauger (SBN 160552)
ptauger@addyhart.com
AddyHart P.C.
5151 California Avenue, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Plaintiff/Petitioner
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation, <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> HOLLY YING LI, an individual. <br><br> Defendant/Respondent. | Case No.: 8:24-cv-02368-JVS-KES <br><br> JAMS ARBITRATION NO: 1200058273 <br><br> DECLARATION OF ROBERT HART IN SUPPORT OF PLAINTIFF'S RESPONSE TO OSC ORDER <br><br> Before the Honorable JAMES V. SELNA |

1
DECLARATION OF ROBERT HART IN SUPPORT OF PLAINTIFF'S RESPONSE TO OSC ORDER

**I**, Robert Hart, declare as follows:

1. I am an attorney of record for Apogee Law Group, P.C. in this case and admitted to practice in the states of Oklahoma, Illinois, District of Columbia and Texas. I am an attorney of record for Plaintiff/Respondent Apogee Law Group P.C. I have personal knowledge of the averred facts and, if called upon, could and would testify to their truth.

2. On July 17, 2025, this Court ordered Plaintiff to effect service on Defendant via the U.S. Marshals Service.

3. On January 12, 2026, this Court granted Plaintiff forty-five (45) days to effect service on Defendant Ms. Holly Ying Li.

4. Independent of the Court's January 12, 2026, Order, I had contacted the U.S. Marshals Service located at Albert Armendariz, Sr. United States Courthouse, 525 Magoffin Street, Room 161, El Paso, TX 79901-2577 and personally met with U.S. Marshal Willie Guzman providing him with documents for the U.S. Marshal Service to serve on Ms. Holly Li which I delivered to U.S. Marshal Guzman on January 13, 2026.

5. In addition, I provided U.S. Marshal Guzman a memo with the most current contact information for Ms. Holly Li in the greater New York area and a Cashier's Check in the amount of $1,050.00 to cover investigative services for the U.S. Marshal Service to attempt to locate Ms. Holly Li.

6. On January 26, 2026, I again met in person with U.S. Marshal Guzman regarding the progress the U.S. Marshal Service had made on the service of process on Ms. Holly Li.

7. I was informed that the U.S. Marshal Guzman had contacted both the Los Angeles office of the U.S Marshal Service as well as the New York City office.

8. U.S. Marshal Guzman told me that the U.S. Marshal Service was having trouble locating Ms. Holly Li.

9. I initiated an additional investigative research into the whereabouts of Ms. Holly Li and on February 13, 2026, I provided updated potential contact information to Marshal Guzman.

10. On February 25, 2026, I again met in person with Marshal Guzman who instructed me to reach out to U.S. Deputy Marshal America Bailon who would be leading the investigation to find Ms. Holly Li.

11. Between January 13 and February 25, I had at four (4) in person meetings with Marshal Gozman on the status of the U.S. Marshal Service's attempts to serve Ms. Holly Li.

12. Later in the day on February 25, 2026, I reached out to Ms. Bailon who provided me with additional instructions on where to send the documents Apogee sought to serve on Ms. Holly Li.

DECLARATION OF ROBERT HART IN SUPPORT OF PLAINTIFF'S RESPONSE TO OSC ORDER

13. On February 26, 2026, I sent by overnight courier the following documents:

  A. Petition and Motion to Confirm Arbitration Award and Enter Final Judgment;

  B. Summons in a Civil Action;

  C. Certification and Notice of Interested Parties;

  D. Civil Cover Sheet – Apogee Law Group v. Holly Ying Li;

  E. Declaration of Paul N. Tauger in Support of Application for Confirmation of Arbitration Award;

  F. Declaration of Paul N. Tauger in Support of Plaintiff/Petitioner Apogee Law Group P.C.'s Opposition to Defendant/Respondent Holly Ying Li's Motion to Set Aside Default;

  G. U.S. Department of Justice Form USM-285;

  H. A Cashier's Check in the amount of $1,050.00; and

  I. Two memos dated January 13, 2026 and February 13, 2026 providing the initial contact information on Ms. Holly Li and updated potential contact information on her whereabouts.

14. On Friday afternoon, February 27, 2026, U.S. Deputy Marshal Bailon informed me that she needed two new checks made out to the U.S. Marshal Service in the amount of $8.00 for the transport of documents and a blank check from Apogee Law Group P.C. not to exceed $500.00 for investigative services. Once received, Ms. Bailon will return the Cashier's Check in the amount of $1,050.00 to me.

15. Once U.S. Deputy Marshal Bailon clarified the check amounts Monday March 2, 2026, I sent by overnight courier copies of the new checks made from Apogee Law Group's bank account.

16. On March 5, 2026, U.S. Deputy Marshal Bailon informed me that I needed to complete U.S. Department of Justice's Unified Financial Management System (UFMS) Vender Request Form. Unfortunately, I was unable to complete this form because U.S. Deputy Marshal Bailon was out of town until March 9, 2026.

I swear under penalty of perjury pursuant to the laws of the State of California and of the United States that foregoing is true and correct. Executed this 8th day of March, 2025, in Texas.

Date: March 8, 2026

_____
Robert Hart