IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>HOLLY YING LI, an individual.<br><br>Defendant/Respondent. | Case No.: 8:24-cv-02368-JVS-KES<br><br>JAMS ARBITRATION NO: 1200058273<br><br>ORDER [51]<br><br>Before the Honorable<br>JAMES V. SELNA |

**ORDER**

This matter having come before the court on the application of Plaintiff

Apogee Law Group P.C., good causing appearing therefore, it is hereby ordered:

The Court grants Plaintiff an additional forty-five (45) days until April 23,

2026, to track down and have the U.S. Marshals Office serve the Defendant Holly

Li.  Plaintiff will report back to the Court with proof of service from the U.S.

Marshal Service or with a status update and application for an additional extension

on or before April 23, 2026.

It is so ordered.

Date: March 12, 2026

_____
The Honorable James V. Selna
Judge of the United States District
Court for the Central District of
California

2
ORDER