NOTE: CHANGES MADE BY THE COURT

Paul N. Tauger (SBN 160552)
ptauger@addyhart.com
AddyHart P.C.
5151 California Avenue, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Plaintiff/Petitioner
Apogee Law Group P.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation, | Case No.: 8:24-cv-02368-JVS-KES |
| Plaintiff/Petitioner, | JAMS ARBITRATION NO: 1200058273 |
| v. | [~~PROPOSED~~] ORDER |
| HOLLY YING LI, an individual. | Before the Honorable JAMS V. SELNA |
| Defendant/Respondent. | |

**ORDER**

This matter having come before the court on the *ex parte* application of Plaintiff Apogee Law Group P.C., after considering Plaintiff's moving papers and any opposition thereto, good causing appearing therefore,

/ / /

/ / /

1

**It is hereby ordered:**

Pursuant to Fed.R.Civ.P. 26(d) Plaintiff Apogee Law Group P.C. may conduct discovery prior to the mandatory Fed.R.Civ.P. 26(f) conference as follows:

1. Subpoena and subpoena duces tecum pursuant to Fed.R.Civ.P. **45** directed to Defendant's counsel, Aptum Law, for the purpose of determining Defendant Holly Ying Li's location and related information so that Plaintiff may serve Ms. Li with process in this matter.

2. Subpoena and subpoena duces tecum pursuant to Fed.R.Civ.P. **45** directed to Intelink Law Group, P.C., 23 Corporate Plaza, Suite 150, Newport Beach, CA 92660 through their agent for service of process, Brad Bertoglio at the same address for the purpose of determining Defendant Holly Ying Li's location and related information so that Plaintiff may serve Ms. Li with process in this matter.

**It is so ordered.**

Date: March 23, 2026

_____
The Honorable Karen E. Scott
United States Magistrate Judge

2