Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
AddyHart P.C.
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com

Attorney for Counterclaimant
Apogee Law Group P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

APOGEE LAW GROUP P.C., a
California corporation,

Plaintiff/Petitioner

v.

HOLLY YING LI, an individual.

Defendant/Respondent

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO: 8:24-cv-02368-JVS-KES**

**JAMS ARBITRATION NO: 1200058273**

**PROOF OF SERVICE BY US MARSHAL PURSUANT TO 9 USC § 9**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Apogee Law Group P.C., a California Corporation | 8:24-cv-02368-JVS-KES |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Holly Ying Li, an individual | Service of Arbitration Petition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Holly Ying Li

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
333 East 46th Street, Apt. 17E, New York, NY 10017

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Paul Tauger<br>AddyHart LLC<br>4141 California Street, Suite 100<br>Irvine, CA 92617 | Robert Hart<br>AddyHart LLC<br>2025 Gaudalupe Street, Suite 260<br>Austin, TX 78705  Tel. (949) 337-0568 | Number of process to be served with this Form 285: **1**<br>Number of parties to be served in this case: **1**<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Holly Ying Li has been avoiding service of process for over a year. Ms. Li is an attorney who has failed to update her contact information with the New York or New Jersey bar authorities. We request service of process pursuant to 9 U.S.C. Sec. 9, which requires service by a U.S. Marshal "in like manner as other process of the court." Fed.R.Civ.P. 4(e)(1 permits service by "following state law." Cal.Civ.Proc.Code Sec. 415.20.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(949) 436-3218 | DATE<br>3/9/2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 54 | *America Bailon* | 03/11/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>3/30/26 | Time<br>08:00 | ☑ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Lizzy Contagna* |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Confirmed with Holly Li that the process could be left with the doorman (Julio) and she will get it from him.

Julio Garcia - Doorman

Process left with doorman

Hours - 1 x $65 = $65 x 3 Deputies = $195
Miles - 10 x $.725 = $7.25 x 3 cars = $21.75
————————
$216.75

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

| | |
|---|---|
| **From:** | Robert Hart |
| **To:** | Paul Tauger |
| **Subject:** | FW: Holly Li |
| **Date:** | Tuesday, April 7, 2026 8:36:28 PM |
| **Attachments:** | 24cv2368_served_Holly Ying Li (1).pdf |

**From:** Bailon, America (USMS) <America.Bailon@usdoj.gov>

**Sent:** Tuesday, April 7, 2026 1:45 PM

**To:** Robert Hart <robert@addyhart.com>

**Subject:** Holly Li

Good afternoon,

Sending you a copy of the executed 285 for Holly Li, we sent a copy to the court clerk's office on Friday 4/3.

V/r,

America Bailon
Deputy United States Marshal
Central District of California - Los Angeles
(C)323-496-1031