FILED
CLERK, U.S. DISTRICT COURT

04/03/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____Anisia_____ DEPUTY

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Apogee Law Group P.C., a California Corporation | 8:24-cv-02368-JVS-KES |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Holly Ying Li, an individual | Service of Arbitration Petition |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Holly Ying Li

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
333 East 46th Street, Apt. 17E, New York, NY 10017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | | |
|---|---|---|
| Paul Tauger<br>AddyHart LLC<br>4141 California Street, Suite 100<br>Irvine, CA 92617 | Robert Hart<br>AddyHart LLC<br>2025 Gaudalupe Street, Suite 260<br>Austin, TX 78705  Tel. (949) 337-0568 | Number of process to be served with this Form 285: **1**<br>Number of parties to be served in this case: **1**<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Holly Ying Li has been avoiding service of process for over a year. Ms. Li is an attorney who has failed to update her contact information with the New York or New Jersey bar authorities. We request service of process pursuant to 9 U.S.C. Sec. 9, which requires service by a U.S. Marshal "in like manner as other process of the court." Fed.R.Civ.P. 4(e)(1 permits service by "following state law." Cal.Civ.Proc.Code Sec. 415.20.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (949) 436-3218 | 3/9/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 54 | America Bailon | 03/11/26 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 3/30/26 | 08:00 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Lucy Cartagena |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

confirmed with Holly Li that the process could be left with the doorman (Julio) and she will get it from him.

Julio Garcia - Doorman

Process left with doorman

Hours - 1 x $65 = $65 x 3 Deputies = $195
Miles - 10 x .725 = $7.25 x 3 cars = $21.75
_____
$216.75

Form USM-285
Rev. 03/21