Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Respondent Holly Ying Li*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

APOGEE LAW GROUP P.C.,

          *Petitioner*,

  v.

HOLLY YING LI,

          *Respondent*.

Case No.: 8:24-cv-02368

**RESPONDENT'S *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND**

1

## A. Relief Requested

Respondent Holly Ying Li respectfully requests a two-week extension to respond to Petitioner Apogee Law Group's Petition regarding arbitration award until May 5, 2026.

## B. Discussions

Under Rule 6(b), the Court may, for good cause shown, **extend** the time for a defendant to file an answer or otherwise respond to the initial pleading. Fed. R. Civ. P. 6(b). "Trial courts have broad authority to impose reasonable time limits." *Zivkovic v. S. Cal. Edison Co., 302 F.3d 1080, 1088 (9th Cir. 2002)*.

Here, additional time is needed to obtain a declaration in support of a potential motion to quash improper service.

As background, Petitioner filed a petition regarding arbitration award on October 30, 2024. [Dkt. 1.] On March 30, 2026, Petitioner claims to have severed the process on Respondent. A response is due on April 21, 2026, because Petitioner agreed to 1-day extension.

Addition time, however, is needed, because Petitioner claims to have served Respondent by way of a substituted-service on the doorman of a New York City apartment building in which Respondent allegedly resides.

Respondent disputes the alleged substitute service. Respondent does not even reside in the State of New York, let alone New York City. Next, Respondent never agreed to have the doorman accept service on her behalf. Third, the doorman

2

RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE

tentatively confirms that he has no knowledge that Respondent authorized him to accept service on her behalf.  The doorman has agreed to provide a declaration affirming these facts.

But because the doorman of an employee of the building management company, all documents the doorman is signing must be reviewed by an attorney for the building management company.

It is estimated that it would take two to three weeks for the attorney for the building management company to complete her review.

Thus, Respondent Holly Ying Li respectfully requests a two-week extension to respond to Petitioner Apogee Law Group's Petition regarding arbitration award until May 5, 2026.

Date: April 21, 2026

By: _____/s/_____

Zheng "Andy" Liu (SBN 279327)
1660 South Amphlett Blvd. Ste 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Respondent*

3

RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, the foregoing

**RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE**

was served upon all counsel of record listed below via email transmission by ECF.

Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
**AddyHart LLC**
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com
*Attorney for Plaintiff/Petitioner*
*Apogee Law Group P.C.*

Dated: April 21, 2026

_____

Oscar Lam
*Law Clerk to*
*Attorneys for Plaintiff*

RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE