Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Respondent Holly Ying Li*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOGEE LAW GROUP P.C., <br><br> *Petitioner*, <br><br> v. <br><br> HOLLY YING LI, <br><br> *Respondent*. | Case No.: 8:24-cv-02368 <br><br><br> **DECLARATION OF ZHENG LIU IN SUPPORT OF RESPONDENT'S *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND** |

I, Zheng "Andy" Liu, declare as follows:

1.   I am an attorney at law duly licensed to practice before all courts in the State of California. I am the attorney of record for Respondent Holly Ying Li in the above-captioned case. I make this declaration based upon my own personal

**DECLARATION OF ZHENG LIU**

knowledge and, if called as a witness, I could and would competently testify thereto.

2. Here, additional time is needed to obtain a declaration in support of a potential motion to quash improper service.

3. As background, Petitioner filed a petition regarding arbitration award on October 30, 2024. [Dkt. 1.]

4. On March 30, 2026, Petitioner claims to have severed the process on Respondent. A response is due on April 21, 2026, because Petitioner agreed to 1-day extension.

5. Addition time, however, is needed, because Petitioner claims to have served Respondent by way of a substituted-service on the doorman of a New York City apartment building in which Respondent allegedly resides.

6. Respondent disputes the alleged substitute service. Respondent does not even reside in the State of New York, let alone New York City.

7. Next, Respondent never agreed to have the doorman accept service on her behalf.

8. Third, the doorman tentatively confirms that he has no knowledge that Respondent authorized him to accept service on her behalf.  The doorman has agreed to provide a declaration affirming these facts.

DECLARATION OF ZHENG LIU

9.  But because the doorman of an employee of the building management company, all documents the doorman is signing must be reviewed by an attorney for the building management company.

10.  It is estimated that it would take two to three weeks for the attorney for the building management company to complete her review.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 21, 2026

By: _____/s/_____

Zheng "Andy" Liu

3

DECLARATION OF ZHENG LIU

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, the foregoing

**DECLARATION OF ZHENG LIU IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND**

was served upon all counsel of record listed below via email transmission by ECF.

Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
**AddyHart LLC**
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com
*Attorney for Plaintiff/Petitioner*
*Apogee Law Group P.C.*

Dated: April 21, 2026



Oscar Lam
*Law Clerk to*
*Attorneys for Plaintiff*

4

**DECLARATION OF ZHENG LIU**