Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Respondent Holly Ying Li*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APOGEE LAW GROUP P.C., | Case No.: 8:24-cv-02368 |
| *Petitioner*, | |
| v. | **RESPONDENT'S SECOND *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND** |
| HOLLY YING LI, | |
| *Respondent*. | |

1

### A. Relief Requested

Respondent Holly Ying Li respectfully requests another one-week extension to respond to Petitioner Apogee Law Group's Petition regarding arbitration award until May 12, 2026. This is the last extension Li is requesting for.

### B. Discussions

Under Rule 6(b), the Court may, for good cause shown, **extend** the time for a defendant to file an answer or otherwise respond to the initial pleading. Fed. R. Civ. P. 6(b). "Trial courts have broad authority to impose reasonable time limits." *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1088 (9th Cir. 2002).

Here, additional time is needed to obtain a declaration in support of a potential motion to quash improper service.

As background, Petitioner filed a petition regarding arbitration award on October 30, 2024. [Dkt. 1.] On March 30, 2026, Petitioner claims to have severed the process on Respondent. A response is due on April 21, 2026, because Petitioner agreed to 1-day extension. The Court granted an extension previously to May 5, 2026. [Dkt. 60]

Respondent disputes the alleged substitute service and intends to move to quash on that basis. However, she is unable to provide an electronic signature to a declaration in support of that motion at this juncture, because she is in transit on a previously scheduled international flight and cannot review documents or provide an electronic signature until she lands.

RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE

Thus, Respondent Holly Ying Li respectfully requests a final one-week extension to respond to Petitioner Apogee Law Group's Petition regarding arbitration award until May 12, 2026.

Date: May 6, 2026

By: _____/s/_____

Zheng "Andy" Liu (SBN 279327)
1660 South Amphlett Blvd. Ste 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Respondent*

3

**RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, the foregoing

**RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE**

was served upon all counsel of record listed below via email transmission by ECF.

Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
**AddyHart LLC**
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com
*Attorney for Plaintiff/Petitioner*
*Apogee Law Group P.C.*

Dated: May 6, 2026

_____

Oscar Lam
*Law Clerk to*
*Attorneys for Plaintiff*

4

RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE