Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Respondent Holly Ying Li*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOGEE LAW GROUP P.C.,<br><br>*Petitioner*,<br><br>v.<br><br>HOLLY YING LI,<br><br>*Respondent*. | Case No.: 8:24-cv-02368<br><br><br>**DECLARATION OF ZHENG LIU IN SUPPORT OF RESPONDENT'S *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND** |

I, Zheng "Andy" Liu, declare as follows:

1.   I am an attorney at law duly licensed to practice before all courts in the State of California. I am the attorney of record for Respondent Holly Ying Li in the above-captioned case. I make this declaration based upon my own personal

1

**DECLARATION OF ZHENG LIU**

knowledge and, if called as a witness, I could and would competently testify thereto.

2.   Here, additional time is needed to obtain a declaration in support of a potential motion to quash improper service.

3.   As background, Petitioner filed a petition regarding arbitration award on October 30, 2024. [Dkt. 1.]

4.   On March 30, 2026, Petitioner claims to have severed the process on Respondent. A response is due on April 21, 2026, because Petitioner agreed to 1-day extension.

5.   Addition time, however, is needed, because Petitioner claims to have served Respondent by way of a substituted-service on the doorman of a New York City apartment building in which Respondent allegedly resides.

6.   Respondent Li was unable to provide her signature on her declaration in support of a motion to quash service at this time because she is on an international flight.

7.   A final one-week extension is needed to produce a response to Petitioner's arbitration award petition.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

**DECLARATION OF ZHENG LIU**

Date: May 6, 2026

By: _____/s/_____

Zheng "Andy" Liu

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, the foregoing

**DECLARATION OF ZHENG LIU IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND**

was served upon all counsel of record listed below via email transmission by ECF.

Paul Tauger, Esq. (SBN 160552)
ptauger@addyhart.com
**AddyHart LLC**
5151 California Street, Suite 100
Irvine, CA 92617
(949) 438-3218
ptauger@addyhart.com
*Attorney for Plaintiff/Petitioner*
*Apogee Law Group P.C.*

Dated: May 6, 2026



Oscar Lam
*Law Clerk to*
*Attorneys for Respondent*

**DECLARATION OF ZHENG LIU**