Zheng "Andy" Liu (SBN 279327)
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Defendant Holly Ying Li*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

APOGEE LAW GROUP P.C.,

    *Petitioner*,

  v.

HOLLY YING LI,

    Responde*nt*.

Case No.: 8:24-cv-02368

**[PROPOSED] ORDER GRANTING APPLICATION TO EXTEND TIME TO ANSWER OR FILE RESPONSE**

The Court, having read and considered Defendant Holly Ying Li's ("Respondent") Application to Extend Time to Answer or File Response, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Defendant's time to file a response shall be extended to May 12, 2026.

**SO ORDERED.**

Dated: _____

                                          _____
The Honorable James V. Selna
United States District Judge