Zheng "Andy" Liu (SBN: 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Telephone: 650.475-6289
Email: andy.liu@aptumlaw.us

*Attorneys for Holly Ying Li*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOGEE LAW GROUP P.C., a California corporation,<br><br>        Petitioner,<br><br>        v.<br><br>HOLLY YING LI.; and DOES 1 to 50, inclusive,<br><br>        Respondents, | Case No. 8:24-cv-02368-ADS<br><br>**DECLARATION OF HOLLY YING LI IN SUPPORT OF HER MOTION TO DISMISS UNDER RULE** 12<br><br><br>The Honorable James V. Selna |

I, Holly Li, declare:

1. I am the named Defendant in this matter. I submit this declaration in support of my Motion to Quash Service of Petition to Confirm Arbitration. I have personal knowledge of the facts stated herein and could testify to them competently if called as a witness.

**A. I reside in the State of New Jersey.**

2. I have lived and worked almost exclusively in the State of New Jersey since December 2025. By way of example, since December 2025, I have spent at least 90% of my time living and working in the State of New Jersey.

3. Since December 2025, I have maintained both my home and business addresses in the State of New Jersey.

4. Since December 2025, I have had no leasehold interest in any real property located in the State of New York.

5. The 333 E. 46th Street Apartment (located at 333 E. 46th Street, New York, New York) is an investment property that I occasionally managed on behalf of investors; and there are several other managers of the 333 E. 46th Street Apartment.

6. Since December 2025, I have not conducted business in the State of New York and have not maintained a mailing address, business office, or bank account in the State of New York.

7. I have no employees, contractors, or agents in the State of New York. I have not appointed anyone in the State of New York to accept legal service on my behalf.

8. In 2025 and 2026, I transacted minimal business with the Intelink Law Group in general.

9. I have never worked from the New York City shared workspace associated with the Intelink Law Group. Although I have a limited "of counsel" relationship with Intelink, I have never conducted business from their New York City office.

**B. All my personal affairs are conducted under the laws of New Jersey.**

10. In December 2025, I changed her my driver license to a New Jersey driver's license and did not maintain a driver's license issued by any other state. A true and correct redacted copy of my New Jersey Driver's License is attached hereto as **Exhibit A**.

11. On January 6, 2026, I registered to vote in the State of New Jersey. A true and correct redacted copy of my state of New Jersey voter registration is attached hereto as **Exhibit B**.

12. In December 2025, I changed the billing address of my only phone to my home address in the State of New Jersey.

13. A true and correct redacted copy of my cell phone bill showing my New Jersey home address is attached hereto as **Exhibit C**.

**C. I Have Not Authorized Any Doorman At The 333 E. 46th Street Apartment To Accept Service On My Behalf.**

14. The 333 E. 46th Street Apartment has not been my residence since 2007. When I was residing in the State of New York in 2024 and 2025, I resided at a different location other than the 333 E. 46th Street Apartment.

15. I have never authorized any staff working at the 333 E. 46th Street Apartment to accept service of process on my behalf, nor have I appointed any doorman, porter or superintendent—at 333 E. 46th Street or anywhere else—as my agent of service.

16. I never told anyone including a process server, a sherif deputy, or a deputy marshal to leave court papers with a doorman or any building staff, because doorman and

3

building staff are not authorized to receive service of process on my behalf.

**D. I Have Never Confirmed With Any Deputy U.S. Marshall That The Doorman At The 333 E. 46th Street Apartment Could Accept Service On My Behalf.**

17. I understand that a deputy marshal stated that he "confirmed with" me that "the process could be left with the doorman (Julio)" and that I "will get it from him." Dkt. 57.

18. The deputy marshal's statements are incorrect.

19. I have never called nor have I received any call from any deputy marshal or anyone from any U.S. Marshal's office—by phone or otherwise. A true and correct copy of my phone logs is attached hereto as **Exhibit D**.

20. More specifically, I did not call or receive any call from any deputy U.S. marshal on or about March 30, 2026. As shown in the phone log around 8:00 am on March 30, 2026, I did not have any phone call at all with any deputy U.S. Marshall.

21. It is thus impossible that I "confirmed" with the deputy U.S. Marshall that the process could be left with the doorman (Julio).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 12, 2026.

_Holly Ying Li_
_____
Holly Li

4

# EXHIBIT A



**NEW JERSEY**

**NJMVC**
New Jersey Motor Vehicle Commission

**AUTO DRIVER LICENSE**

NOT FOR "REAL ID" PURPOSES

CLASS D

8 51682

EXP 01-26-2029

DL

DOB 01-26-1968

ISS 12-16-2025

LI
HOLLY YING
, NJ 08553-1714

END NONE
RESTR NONE

GENDER F   HGT 5'-06"   EYES BRN   U-U-
NR                        000410

Juvie Juill Floyd
Acting Chief Administrator

24.00

21 LE6LVSQUSI
NJVS6M01

MVC

HL01-26-1968

Rev 01-08-2020

ENDORSEMENTS:
None

RESTRICTIONS:
None

Visit us at:
www.njmvc.gov

# EXHIBIT B

OFFICIAL SITE OF THE STATE OF NEW JERSEY

Governor Mikie Sherrill • Lt. Governor Dr. Dale G. Caldwell

NJ.gov    Services    Agencies    FAQs    Translate

Search

Dr. Dale G. Caldwell, Lt. Governor and Secretary of State
# New Jersey Voter Information Portal
Department of State, Division of Elections

‹ Voter Search | My Voter Information

# Search Results

If you're having trouble finding your voter record, your current status is Inactive, or you have any questions, please contact your County Commissioner of Registration here.

**HOLLY Y LI**

**Date of Birth**

███████████

**Registration Effective Date**
01/06/2026

**Current Registration Status**
Active

**County**
Somerset

**Voter ID**
B1601353064

**Department of State**

**Office of the Secretary**

About the Secretary

Invite the Secretary

The Secretary in the Community

NJ Census 2020

NJ Complete Count Commission

NJ Ballot Bowl

Vote for Valor

**Statewide**

Governor Mikie Sherrill

Lt. Governor Dr. Dale
G. Caldwell

NJ Home

Services A to Z

Departments/Agencies

FAQs

Contact Us

Privacy Notice

Legal Statement &
Disclaimers

Accessibility
Statement

**Department of State Home**

Directory
Schedule
Grant Information
NJ Flag Status
Press Releases
Commemorative Dates
Pay-to-Play Ordinances
Certified Civil Celebrants
Will Registry
Employment Opportunities
Statutes & Rules
Proposed Rules
Reports
Request for Proposals
e-Notification Lists

**Business & Economic Development**

Business Action Center
Business Advocates
Small Business Advocates
Office of Export Promotion
Planning Advocates
Travel & Tourism
Motion Picture and Television Commission
Non-Profit Portal

**Civic Engagement**

Division of Elections
Voter Registration & Voting
NJ Census 2020
NJ Complete Count Commission
Volunteer and National Service
AmeriCorps
Senior Corps
Center for Hispanic Policy, Research and Development
Office of Faith Based Initiatives

**Arts & Culture**

NJ State Museum
NJ Council on the Arts
NJ State Archives
NJ Historical Commission
NJ Cultural Trust
Patriots Theater
Martin Luther King, Jr. Commemorative Commission
Commission on American Indian Affairs
Israel Commission
Cultural Heritage Commissions



Copyright © NJ Department of State, 2001- 2026

NJ Division of Elections

Mailing Address
NJ Division of Elections, P.O. Box 304, Trenton, NJ 08625-0304

Office Address
225 West State Street, 1st Floor, Trenton, NJ 08608
Tel: 609-292-3760, 609-789-0124 Fax: 609-777-1280 Email: nj.elections@sos.nj.gov

Voting Information & Assistance
1-877-NJ-VOTER (1-877-658-6837)

TTY/TDD 609-292-0034
This site is maintained by New Jersey Department of State

# EXHIBIT C

![AT&T]

Issue Date:       Apr 06, 2026
Account Number:       ████160
Foundation Account:   ████430

Payment information below, bill details begin on the next page



![AT&T]

## Spring into action
### Check out April's upgrade offers!

View our latest offers at
**att.com/newupgrade**

Scan the QR code to start your upgrade.

---

![AT&T]

*Return this portion with your check in the enclosed envelope. Payments may take 7 days to post.*

HOLLY YING LI
████████████, NJ 08558-1714

☐ CHECK FOR AUTOPAY
(SEE REVERSE)

**Please pay $180.90 by Apr 27, 2026**

Account number: ████160
*Please include account number on your check*

Make check payable to:

AT&T MOBILITY
PO Box 6416
Carol Stream, IL 60197-6416

9220051216205616000000000018090000000018090003

AutoPay enrollment

If I enroll in AutoPay, I authorize AT&T to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying AT&T at www.att.com or by calling the customer care number listed on my bill. Your enrollment could take 1-2 billing cycles for AutoPay to take effect. Continue to submit payment until page one of your invoice reflects that AutoPay has been scheduled.

Bank Account Holder Signature: _____

Date: _____

© 2026 AT&T Intellectual Property. AT&T, the AT&T logo, and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property.

6581411

Issue Date: Apr 06, 2026
Account Number: 160
Foundation Account: 430

 

HOLLY YING LI
NJ 08558-1714

| | |
|---|---|
| Page: | 1 of 4 |
| Issue Date: | Apr 06, 2026 |
| Account Number: | 160 |
| Foundation Account: | 430 |

Easily split your AT&T bill! Assign payers and let us notify them each month.
Visit att.com/splitbill to learn more.

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.



Total due

$180.90

Please pay by:
Apr 27, 2026

## Account summary

| | |
|---|---|
| Your last bill | $360.67 |
| Payment, Mar 10 - Thank you! | -$360.67 |
| Remaining balance | $0.00 |

## Service summary

| | | | |
|---|---|---|---|
| 📱 Wireless | *Page 2* | | $180.90 |
| Total services | | | $180.90 |

| | |
|---|---|
| **Total due** | **$180.90** |
| Please pay by Apr 27, 2026 | |

**Ways to pay and manage your account:**

 myAT&T app
iPhone and Android

 att.com/pay

Call 611 or
800.331.0500
TTY:866.241.6567

Ask a question



Make a payment



## Service activity

### 📱 Wireless

| Number | User | Page | Activity since last bill | Monthly charges Plan | Add-ons | Company fees & surcharges | Government fees & taxes | Total |
|---|---|---|---|---|---|---|---|---|
| Group 2 | | | | | | | | |
| ███60 | ███ | 3 | $6.00 | $60.99 | – | $7.02 | $1.65 | $75.66 |
| Subtotal for Group 2 | | | $6.00 | $60.99 | – | $7.02 | $1.65 | $75.66 |
| Group 3 | | | | | | | | |
| 917.369.0898 | HOLLY YING LI | 3 | – | $75.99 | $15.00 | $11.14 | $3.11 | $105.24 |
| Subtotal for Group 3 | | | – | $75.99 | $15.00 | $11.14 | $3.11 | $105.24 |
| Total | | | $6.00 | $136.98 | $15.00 | $18.16 | $4.76 | $180.90 |

## Group 2
1 Device

**Usage summary** (Mar 07 – Apr 06)

| Number | User | Data (allowance) | Text (allowance) | Talk (allowance) |
|---|---|---|---|---|
| ███60 | ███ | 5.10GB (unlimited) | 126 (unlimited) | 1,860 (unlimited) |

*Usage is rounded up based on your plan. For more details on your Usage summary, visit att.com/myusage.*

## Group 3
1 Device

**Usage summary** (Mar 07 – Apr 06)

| Number | User | Data (allowance) | Text (allowance) | Talk (allowance) |
|---|---|---|---|---|
| 917.369.0898 | HOLLY YING LI | 8.76GB (unlimited) | 649 (unlimited) | 2,024 (unlimited) |

*Usage is rounded up based on your plan. For more details on your Usage summary, visit att.com/myusage.*

*Wireless continues...*



Page:         3 of 4
Issue Date:     Apr 06, 2026
Account Number:     █████160
Foundation Account     ████████

*...Wireless continued*



### Phone, ████2060

| | | |
|---|---|---|
| **Activity since last bill** | *Mar 07 - Apr 06* | |
| 1. International long distance | | $6.00    *< Usage* |
|     2 minutes | | |
| **Monthly charges** | *Apr 07 - May 06* | |
| 2. Value Plus VL - 1 Line | | $60.99 |
| **Company fees & surcharges** | | |
| 3. Administrative & Regulatory Cost Recovery Fee | | $3.99 |
| 4. County Gross Receipts Surcharge | | $0.21 |
| 5. Federal Universal Service Fee | | $2.44 |
| 6. MTA Telecom Surcharge | | $0.08 |
| 7. State Telecommunications Excise Surcharge | | $0.30 |
| **Government fees & taxes** | | |
| 8. City Sales Tax - Telecom | | $0.08 |
| 9. County Public Safety Communications Surcharge | | $0.30 |
| 10. NY State Sales Tax - Telecom | | $0.07 |
| 11. State Public Safety Communications Surcharge | | $1.20 |
| **Total for 917.873.2060** | | **$75.66** |

**Save time with myAT&T** — *myAT&T*

See a personalized view of your plan benefits, manage your account, add features, shop, upgrade, and get help. Go to **att.com/myatteasy3**.

### Phone, 917.369.0898
HOLLY YING LI

| | | |
|---|---|---|
| **Monthly charges** | *Apr 07 - May 06* | |
| 1. Unlimited Starter SL - 1 Line | | $75.99 |
| 2. International Calling | | $15.00 |
| **Company fees & surcharges** | | |
| 3. Administrative & Regulatory Cost Recovery Fee | | $3.99 |
| 4. County Gross Receipts Surcharge | | $0.47 |
| 5. Federal Universal Service Fee | | $5.82 |
| 6. MTA Telecom Surcharge | | $0.17 |
| 7. State Telecommunications Excise Surcharge | | $0.69 |
| **Government fees & taxes** | | |
| 8. City District Sales Tax - Telecom | | $0.07 |
| 9. City Sales Tax - Telecom | | $0.81 |
| 10. County Public Safety Communications Surcharge | | $0.30 |
| 11. NY State Sales Tax - Telecom | | $0.73 |
| 12. State Public Safety Communications Surcharge | | $1.20 |
| **Total for 917.369.0898** | | **$105.24** |

**Usage summary**

| Talk | Used |
|---|---|
| Call over Wi-Fi | 748 |

*Wireless continues...*



Page:              4 of 4
Issue Date:        Apr 06, 2026
Account Number:    ████160
Foundation Account: ████430

*...Wireless continued*

## Total for Wireless $180.90

## News you can use

**International pay-per-use changes**
Starting May 6, 2026, international pay-per-use rates are changing. If you don't have an international long distance feature or rate plan that includes calling international destinations, calls from the U.S. to Canada and Mexico will be $2/minute, and calls to all other countries will be $4 or $5/minute depending on destination. For more info, go to att.com/intlcalling

When traveling abroad without an international roaming feature or rate plan that covers that destination, calls from Canada and Mexico will be $2/minute, and calls from all other destinations will be $4/minute. Texts from all international destinations will be $1/message, and picture/video messages will be $2/message. For more info, go to att.com/ppurates

**Services outside the U.S.**
When you send a message or use data, the transaction time is captured in your local U.S. time. When you make or receive a call while outside the U.S., the transaction time appears on your bill in the time zone of the country you visited. For the calculation of your 24 hour International Day Pass, calls will also be converted to your local U.S. time zone.

**Add a new line for less than you think**
Add a friend, add a family member, add a line for someone you love - everyone gets our best deals. Call: 866.766.2888.

**myAT&T puts you in control!**
Check for deals, shop, upgrade, and add lines. Compare features, specs and reviews. Pay your bill, manage your plan, add features, and get help - all on your time. Visit att.com/myatteasy2

## Important information

**Late payment fee**
The late payment fee for consumer wireless bills not paid in full by the payment due date is up to $8.00.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically.

**Company fees & surcharges**
AT&T imposes additional monthly fees on a per line basis, including:
- An Administrative & Regulatory Cost Recovery Fee charged to help AT&T recover: (a) certain expenses AT&T incurs, including, but not limited to, charges AT&T or its agents pay to interconnect with other providers to exchange communications between AT&T customers and their customers and charges associated with cell site rents and maintenance; and (b) payment of certain government fees imposed on AT&T and costs of compliance with government-imposed regulatory requirements.
- Federal/State Universal Service Fees to help AT&T recover mandatory contributions it makes to federal and state universal service funds.
- State/Local Cost Recovery Fees to help AT&T recover taxes and required payments levied on AT&T by states and local governments.

These fees are not taxes or charges that the government requires AT&T to collect from its customers. The amounts we charge may change. See att.com/mobilityfees for details.

**AT&T Mobility Center for customers with disabilities**
Questions on accessibility by persons with disabilities: 866.241.6568.

**Written correspondence**
Do not send notes/letters with payment. We cannot guarantee receipt. Send notes/letters to AT&T, P.O. Box 5074, Carol Stream, Illinois 60197-5074 or FAX 314.242.0792.

**Wireless DirectBill charges**
Detail of DirectBill charges can be viewed at att.com/db. The direct billing option offers you the ability to purchase content, goods and features such as apps, games, donations, and services from AT&T and other companies by applying charges to your wireless account.

**Tax ID**
AT&T Mobility Tax ID 84-1659970

Wireless Services provided by AT&T Mobility, LLC.
© 2026 AT&T Intellectual Property. All rights reserved.

*Printed on Recyclable Paper*

# EXHIBIT D

**AT&T**
**Phone Number: 9173690898**
**Bill Cycle: Mar 27, 2026 - Apr 02, 2026**
**Total Charges: $0**

| Incoming/Outgoing | Date | Time | Contact | Location | Type | Minutes | Geography | Charges |
|---|---|---|---|---|---|---|---|---|
| INCOMING | Apr 02, 2026 | 10:33 pm | 2060 | Incoming | Network | 3 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 7:59 pm | 4794 | Fanwood, NJ | Network | 1 | Domestic | $0.00 |
| INCOMING | Apr 02, 2026 | 7:56 pm | 2060 | Incoming | Network | 2 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 7:55 pm | 2060 | Bklyn Nyc, NY | Network | 1 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 6:52 pm | 2112 | Snfc Mt-ev, CA | Network | 28 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 5:46 pm | 2060 | Bklyn Nyc, NY | Network | 3 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 4:20 pm | 0700 | Queens Nyc, NY | Network | 1 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 3:21 pm | 0700 | Queens Nyc, NY | Network | 13 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 3:15 pm | 5300 | Queens Nyc, NY | Network | 3 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 2:52 pm | 5927 | New York, NY | Network | 12 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 12:36 pm | 2446 | New York, NY | Network | 6 | Domestic | $0.00 |
| INCOMING | Apr 02, 2026 | 12:04 pm | 2060 | Incoming | Network | 4 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 11:58 am | 7642 | New York, NY | Network | 5 | Domestic | $0.00 |
| INCOMING | Apr 02, 2026 | 11:53 am | 2060 | Incoming | Network | 6 | Domestic | $0.00 |
| INCOMING | Apr 02, 2026 | 11:41 am | 7642 | Incoming | Network | 1 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 11:40 am | 2060 | Bklyn Nyc, NY | Network | 1 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 10:46 am | 0996 | New York, NY | Network | 2 | Domestic | $0.00 |
| INCOMING | Apr 02, 2026 | 10:44 am | 0996 | Incoming | Network | 1 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 8:48 am | 2100 | New York, NY | Network | 2 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 8:27 am | 2100 | New York, NY | Network | 2 | Domestic | $0.00 |
| OUTGOING | Apr 02, 2026 | 7:29 am | 4794 | Fanwood, NJ | Network | 6 | Domestic | $0.00 |
| OUTGOING | Apr 01, 2026 | 3:04 pm | 4794 | Fanwood, NJ | Network | 1 | Domestic | $0.00 |
| INCOMING | Apr 01, 2026 | 1:04 pm | 4794 | Incoming | Network | 4 | Domestic | $0.00 |
| INCOMING | Apr 01, 2026 | 1:02 pm | 4794 | Incoming | Network | 3 | Domestic | $0.00 |
| OUTGOING | Apr 01, 2026 | 1:00 pm | 4794 | Fanwood, NJ | Network | 1 | Domestic | $0.00 |
| OUTGOING | Apr 01, 2026 | 12:49 pm | 2060 | Bklyn Nyc, NY | Network | 3 | Domestic | $0.00 |
| INCOMING | Apr 01, 2026 | 9:13 am | 9100 | Incoming | Network | 2 | Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 8:47 pm | 2060 | Incoming | Network | 2 | Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 8:36 pm | 2060 | Incoming | Network | 1 | Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 6:30 pm | 2011 | Incoming | Network | 2 | Domestic | $0.00 |
| OUTGOING | Mar 31, 2026 | 4:56 pm | 4794 | Fanwood, NJ | Network | 10 | Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 4:25 pm | 4794 | Incoming | Network | 3 | Domestic | $0.00 |
| OUTGOING | Mar 31, 2026 | 3:51 pm | 0066 | New York, NY | Network | 13 | Domestic | $0.00 |
| OUTGOING | Mar 31, 2026 | 2:40 pm | 4794 | Fanwood, NJ | Network | 3 | Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 2:31 pm | 2446 | Incoming | Network | 1 | Domestic | $0.00 |

| Direction | Date | Time | Number | Location | Type | Minutes | Cost |
|---|---|---|---|---|---|---|---|
| OUTGOING | Mar 31, 2026 | 1:12 pm | 3.4672 | Portland, OR | Network | 17 Domestic | $0.00 |
| OUTGOING | Mar 31, 2026 | 1:11 pm | 3.4672 | Portland, OR | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 1:10 pm | 3.4672 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 31, 2026 | 10:30 am | 5.2506 | Incoming | Network | 104 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 7:45 pm | 5.4794 | Fanwood, NJ | Network | 4 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 7:35 pm | 5.4794 | Fanwood, NJ | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 7:25 pm | 3.2060 | Incoming | Network | 4 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 7:21 pm | 5.4794 | Fanwood, NJ | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 6:35 pm | 5.4794 | Incoming | Network | 14 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 4:55 pm | 5.4794 | Fanwood, NJ | Network | 5 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 3:23 pm | 9.4510 | Incoming | Network | 15 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 2:14 pm | 5.3806 | Toll Free | Network | 26 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 2:14 pm | 3.9292 | New York, NY | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 2:11 pm | 5.0996 | Incoming | Network | 2 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 1:47 pm | 5.6289 | Palo Alto, CA | Network | 19 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 1:14 pm | 5.0996 | New York, NY | Network | 2 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 1:00 pm | 9.4510 | Bklyn Nyc, NY | Network | 5 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 12:46 pm | 5.6289 | Palo Alto, CA | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 12:41 pm | 9.7542 | Bklyn Nyc, NY | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 11:45 am | 3.3560 | Incoming | Network | 16 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 11:03 am | 5.6289 | Palo Alto, CA | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 8:28 am | 3.3560 | New York, NY | Network | 3 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 8:17 am | 5.0996 | New York, NY | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 8:16 am | 5.0996 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 8:05 am | 5.0996 | New York, NY | Network | 4 Domestic | $0.00 |
| OUTGOING | Mar 30, 2026 | 8:03 am | 5.0996 | New York, NY | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 30, 2026 | 8:02 am | 5.0996 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 8:34 pm | 5.4794 | Fanwood, NJ | Network | 32 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 8:19 pm | 3.2060 | Bklyn Nyc, NY | Network | 15 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 8:12 pm | 3.2060 | Bklyn Nyc, NY | Network | 8 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 8:11 pm | 5.4794 | Fanwood, NJ | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 4:50 pm | 4.6197 | Malibu, CA | Network | 31 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 4:44 pm | 5.9210 | New York, NY | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 4:24 pm | 4.6197 | Malibu, CA | Network | 11 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 4:24 pm | 4.9991 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 4:07 pm | 5.4794 | Fanwood, NJ | Network | 13 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 3:42 pm | 4.9991 | New York, NY | Network | 2 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 2:52 pm | 5.4794 | Fanwood, NJ | Network | 5 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 2:51 pm | 5.4794 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 2:47 pm | 5.4794 | Fanwood, NJ | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 1:11 pm | 9.2011 | Bronx Nyc, NY | Network | 4 Domestic | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INCOMING | Mar 29, 2026 | 12:51 pm | 2011 | Incoming | Network | 20 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 12:14 pm | 2060 | Bklyn Nyc, NY | Network | 7 Domestic | $0.00 |
| OUTGOING | Mar 29, 2026 | 12:14 pm | 2011 | Bronx Nyc, NY | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 11:48 am | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 11:47 am | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 11:44 am | 2060 | Incoming | Network | 3 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 11:43 am | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 11:25 am | 2060 | Incoming | Network | 3 Domestic | $0.00 |
| INCOMING | Mar 29, 2026 | 11:24 am | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 9:08 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 9:05 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 9:04 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 8:55 pm | 2060 | Incoming | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 8:20 pm | 2011 | Incoming | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 6:10 pm | 2060 | Incoming | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 6:08 pm | 2060 | Incoming | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 6:06 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 6:04 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 6:02 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 2:59 pm | 2060 | Incoming | Network | 5 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 2:06 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 1:42 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 1:42 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 12:39 pm | 2011 | Bronx Nyc, NY | Network | 3 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 12:31 pm | 2011 | Bronx Nyc, NY | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 12:28 pm | 2011 | Bronx Nyc, NY | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 12:08 pm | 2060 | Incoming | Network | 4 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 11:33 am | 2011 | Bronx Nyc, NY | Network | 8 Domestic | $0.00 |
| INCOMING | Mar 28, 2026 | 11:32 am | 2011 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 11:09 am | 2011 | Bronx Nyc, NY | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 11:08 am | 2060 | Bklyn Nyc, NY | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 9:14 am | 2060 | Bklyn Nyc, NY | Network | 5 Domestic | $0.00 |
| OUTGOING | Mar 28, 2026 | 9:12 am | 2011 | Bronx Nyc, NY | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 27, 2026 | 3:35 pm | 2004 | New York, NY | Network | 2 Domestic | $0.00 |
| OUTGOING | Mar 27, 2026 | 3:04 pm | 2060 | Bklyn Nyc, NY | Network | 23 Domestic | $0.00 |
| INCOMING | Mar 27, 2026 | 2:45 pm | 2060 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 27, 2026 | 12:45 pm | 3827 | New York, NY | Network | 17 Domestic | $0.00 |
| INCOMING | Mar 27, 2026 | 12:33 pm | 3827 | Incoming | Network | 1 Domestic | $0.00 |
| INCOMING | Mar 27, 2026 | 12:33 pm | 3827 | Incoming | Network | 1 Domestic | $0.00 |
| OUTGOING | Mar 27, 2026 | 12:12 pm | 7542 | Bklyn Nyc, NY | Network | 2 Domestic | $0.00 |
| INCOMING | Mar 27, 2026 | 12:00 pm | 1400 | Incoming | Network | 5 Domestic | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OUTGOING | Mar 27, 2026 | 11:58 am | 1400 | New York, NY | Network | 2 Domestic | $0.00 |
| OUTGOING | Mar 27, 2026 | 11:46 am | 0873 | Erskinelks, NJ | Network | 8 Domestic | $0.00 |
| OUTGOING | Mar 27, 2026 | 9:29 am | 4794 | Fanwood, NJ | Network | 1 Domestic | $0.00 |