UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-02368-JVS-(KESx) Date: September 30, 2026

Title Apogee Law Group P.C. v. Holly Ying Li

Present: The Honorable: **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Damian Velazquez for Elsa Vargas | Not Present |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings: [IN CHAMBERS]** ORDER TO SHOW CAUSE

The Court, on its own motion, hereby ORDERS defendant/respondent to Show Cause (OSC) in writing no later than **October 12, 2026,** why sanctions should not be imposed for failure to participate in preparing the Joint 26f Report.

**Scheduling Conference set for October 5, 2026, at 10:30 a.m. is continued to October 19, 2026, at 10:30 a.m. The parties are to appear in person on this date and time.**

**It is so Ordered.**