UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02368-JVS(KESx) | Date | October 19, 2026 |
| Title | Apogee Law Group P.C. v. Holly Ying Li | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| | |
|---|---|
| Elsa Vargas | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Paul Tauger | Zheng Liu |

**Proceedings:** Scheduling Conference; Order to Show Cause

Cause called and counsel make their appearances. The Court and counsel confer.

As to the Courts order to show cause; the Court directs the parties to meet and confer in the courtroom conference room regarding case management dates and the completion of the Court's exhibit A. The Court grants permission for plaintiff counsel as well as defendant counsel to record future meet and confer meetings.

The Court orders defendant counsel within two weeks to file a brief on the law for the demand for jury trial in this matter. Additionally, plaintiff counsel is to file an application for a motion hearing in lieu of a court trial.

Case scheduling order to be issued upon the Court's review of the briefs.

Sched Conf: 10
OSC: 10

cc:

0 : 20

Initials of Preparer eva